# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| GRAND ATLAS TOURS, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-03556-BLF |
| GOOGLE LLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC and Alphabet Inc.

Date: 06/23/2020

/s/ John E. Schmidtlein
*Attorney's signature*

John E. Schmidtlein (CA State Bar No. 163520)
*Printed name and bar number*

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*Address*

jschmidtlein@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*