| | |
|---|---|
| 1 | John E. Schmidtlein (CA State Bar No. 163520) |
| | WILLIAMS & CONNOLLY LLP |
| 2 | 725 Twelfth Street, N.W. |
| | Washington, DC 20005 |
| 3 | Telephone: (202) 434-5000 |
| | Facsimile: (202) 434-5029 |
| 4 | Email: jschmidtlein@wc.com |
| 5 | *Attorney for Defendants Google LLC and Alphabet Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRAND ATLAS TOURS, et al., | ) Case No. 5:20-cv-03556-BLF |
| Plaintiffs, | ) |
| v. | ) |
| | ) **DEFENDANTS' CERTIFICATION OF** |
| GOOGLE LLC and | ) **INTERESTED ENTITIES OR PERSONS** |
| ALPHABET INC. | ) |
| Defendants. | ) |
| | ) Hon. Beth Labson Freeman |

1      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following:

2      Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

     Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

DATED: June 23, 2020      **WILLIAMS & CONNOLLY LLP**

By: /s/ John E. Schmidtlein
John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com

*Attorney for Defendants Google LLC and Alphabet Inc.*