

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| GRAND ATLAS TOURS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-03556-BLF<br><br>**STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), plaintiffs Grand Atlas Tours, Surefreight Global LCC DBA Prana Pets, and Hanson Law Firm, PC ("Plaintiffs") and defendants Google LLC and Alphabet Inc. ("Defendants"), stipulate as follows:

WHEREAS, Plaintiffs served Defendants with the complaint on June 3, 2020, and Defendants' deadline to answer or otherwise respond to the complaint is June 24, 2020;

WHEREAS, a similar and overlapping class action complaint was filed on June 22, 2020, encaptioned *Devaney v. Google LLC*, Case No. 5:20-cv-04130 (N.D. Cal.), and the parties expect that this case will be assigned to this Court as a related case;

WHEREAS, Defendants request an extension of time to respond to the complaint so that Defendants may meet and confer with Plaintiffs in both actions regarding the process for the filing of a consolidated amended class action complaint which would obviate the need for Defendants to respond to the complaint in this action. Plaintiffs do not object to Defendants' request;

WHEREAS, there have been no other requests for extensions of time;

WHEREAS, the extension will not alter the date of any event or deadline already fixed by Court order;

NOW THEREFORE, pursuant to Local Rule 6-1(a), the parties through their respective counsel hereby stipulate as follows:

(1) The deadline for Defendants to answer or otherwise respond to the complaint is extended to August 14, 2020; and

(2) In the event Defendants answer or otherwise respond to any proposed class action complaint that shares a common nucleus of operative facts and law with Plaintiffs' complaint in this or any other Court before August 14, 2020, Defendants shall simultaneously answer or respond to Plaintiffs' complaint in this action.

**IT IS SO STIPULATED.**

Dated: June 23, 2020					Respectfully submitted,

By: ___/s/ _Dena C. Sharp_____

Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Scott Grzenczyk (State Bar No. 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
scottg@girardsharp.com

*Attorneys for Plaintiffs Grand Atlas Tours, Surefreight Global LCC DBA Prana Pets, and Hanson Law Firm, PC*

By: __/s/ John E. Schmidtlein_____
John E. Schmidtlein (State Bar No. 163520)
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com

*Attorneys for Defendants Google LLC and Alphabet Inc.*

## ATTESTATION

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

_/s/ John E. Schmidtlein_____