John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  jschmidtlein@wc.com

*Attorney for Defendants Google LLC and Alphabet Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRAND ATLAS TOURS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC and ALPHABET INC.<br><br>  Defendants. | Case No. 5:20-cv-03556-BLF<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Beth Labson Freeman |

1    Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Google LLC and Alphabet Inc.
2    hereby file this Unopposed Administrative Motion to consider whether *Devaney et al. v. Google LLC*
3    *et al.*, Case No. 5:20-cv-04130-JSC ("the *Devaney* Action"), filed on June 22, 2020, should be
4    related to *Grand Atlas Tours et al. v. Google LLC et al.*, Case No. 5:20-cv-03556-BLF ("the *Grand*
5    *Atlas* Action"), filed on May 27, 2020.

6    The *Grand Atlas* Action and the *Devaney* Action are related according to the criteria set forth
7    in Civil Local Rule 3-12(a). Both are putative class actions asserting the same claims, on behalf of
8    the same class of plaintiffs, against the same Defendants. Both cases rest on substantially the same
9    factual allegations and seek the same relief under the Sherman Act and California's Unfair
10   Competition Law. Plaintiffs in the later-filed *Devaney* Action designated the action as related to the
11   *Grand Atlas* Action. *See Devaney* Action, ECF 1-1. Counsel for Defendants have conferred with
12   counsel for plaintiffs in the *Grand Atlas* and *Devaney* actions, who authorized filing of this motion as
13   unopposed.

14   Because the *Grand Atlas* and *Devaney* actions are related according to Civil Local Rule 3-
15   12(a), Defendants request that the *Devaney* Action be reassigned to Judge Freeman.

DATED:  July 20, 2020                       **WILLIAMS & CONNOLLY LLP**

By: /s/ John E. Schmidtlein
John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  jschmidtlein@wc.com

*Attorney for Defendants Google LLC and Alphabet Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Northern District of California by using the CM/ECF System. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. Pursuant to Civil Local Rule 3-12(b), the above and foregoing pleading was also served by e-mail upon counsel for plaintiffs in the *Devaney* action:

>     Tina Wolfson
>     Theodore W. Maya
>     Christopher E. Stiner
>     AHDOOT & WOLFSON, PC
>     10728 Lindbrook Drive
>     Los Angeles, CA 90024
>     twolfson@ahdootwolfson.com

                                                             /s/ John E. Schmidtlein
                                                             John E. Schmidtlein