UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRAND ATLAS TOURS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-03556-BLF<br><br>**ORDER RELATING CASES** |

Pursuant to Civil Local Rule 3-12, the Court hereby finds that the above-captioned case is related to *Devaney et al. v. Google LLC et al.*, Case No. 5:20-cv-04130-JSC (N.D. Cal. filed on June 22, 2020).

**IT IS SO ORDERED.**

Dated: July 21, 2020

_____
BETH LABSON FREEMAN
United States District Judge