Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
scottg@girardsharp.com

Tina Wolfson (State Bar No. 174806)
Theodore W. Maya (State Bar No. 223242)
Christopher E. Stiner (State Bar No. 276033)
Rachel Johnson (State Bar No. 331351)
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
cstiner@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Attorneys for Plaintiffs*

John E. Schmidtlein (State Bar No. 163520)
Benjamin M. Greenblum (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
bgreenblum@wc.com

*Attorneys for Defendants Google LLC and Alphabet Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF<br><br>**[PROPOSED] STIPULATED ORDER REGARDING DEFENDANTS' DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY** |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Surefreight Global LLC, Hanson Law Firm, PC, Michael Devaney, Michael Stellman, and Vitor Lindo ("Plaintiffs"), and defendants Google LLC and Alphabet Inc. ("Defendants"), stipulate as follows:

WHEREAS, Defendants filed a Motion to Stay Discovery on November 9, 2020 (ECF 42);

WHEREAS, Plaintiffs filed their Opposition to such motion on November 23, 2020 (ECF 43);

WHEREAS, absent extension, Defendants' deadline to file their reply in support of such motion would be November 30, 2020;

WHEREAS, in view of the Thanksgiving holiday, Defendants seek an extension to file such a reply until December 4, 2020, and Plaintiffs consent to such extension of time;

NOW THEREFORE, pursuant to Local Rule 6-2(a), the parties through their respective counsel hereby stipulate, subject to the Court's approval, that Defendants may file their Reply in support of their Motion to Stay Discovery on or before December 4, 2020.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 25, 2020                    Respectfully submitted,

By: ___/s/ Dena C. Sharp___

Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com

Tina Wolfson (State Bar No. 174806)
Theodore W. Maya (State Bar No. 223242)
Christopher E. Stiner (State Bar No. 276033)
Rachel Johnson (State Bar No. 331351)
**AHDOOT & WOLFSON, PC**

10728 Lindbrook Drive
Los Angeles, CA 90024-3102
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
cstiner@ahdootwolfson.com
rjohnson@ahdootwolfson.com

Scott L. Silver (*pro hac vice* forthcoming)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 755-4799
ssilver@silverlaw.com

*Attorneys for Plaintiffs*

By:     */s/ Benjamin M. Greenblum*
John E. Schmidtlein (State Bar No. 163520)
Benjamin M. Greenblum (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
bgreenblum@wc.com

*Attorneys for Defendants Google LLC and Alphabet Inc.*

## ATTESTATION

I, Benjamin M. Greenblum, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Benjamin M. Greenblum*
Benjamin M. Greenblum

2
[PROPOSED] STIPULATED ORDER REGARDING DEFENDANTS' DEADLINE TO FILE THEIR
REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY
CASE NO. 5:20-cv-03556-BLF

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Date: _____     _____

6 Hon. Beth L. Freeman
United States District Judge