John E. Schmidtlein (State Bar No. 163520)
Benjamin M. Greenblum (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
bgreenblum@wc.com

*Attorneys for Defendants Google LLC and Alphabet Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF<br><br>**DECLARATION OF BENJAMIN M. GREENBLUM IN SUPPORT OF PROPOSED STIPULATED ORDER REGARDING DEFENDANTS' DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY** |

I, Benjamin M. Greenblum, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court. I am a partner with Williams & Connolly LLP, attorneys of record for Defendants Google LLC and Alphabet Inc. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

2. Plaintiffs and Defendants have conferred, and Plaintiffs consent to Defendants' request that the Court extend the deadline for Defendants to file their Reply in support of their Motion to Stay Discovery (ECF 42), from November 30, 2020 to December 4, 2020, in view of the Thanksgiving

1
DECLARATION OF BENJAMIN M. GREENBLUM
CASE NO. 5:20-cv-03556-BLF

holiday.

3. The parties have previously submitted two stipulated requests. On June 23, 2020, Defendants requested an extension of time to respond to the initial complaint in order to be able to meet and confer with plaintiffs in two competing actions regarding the process for filing a consolidated complaint. ECF 19. On August 11, 2020, the parties requested the Court to set schedules regarding Plaintiffs' filing of a consolidated complaint and Defendants' response thereto. ECF 25. Both stipulations were approved by the Court. ECF 22, 26.

4. The extension requested in the above-referenced stipulation is not sought for the purposes of unnecessary delay.

> */s/ Benjamin M. Greenblum*
> Benjamin M. Greenblum