John E. Schmidtlein, SBN 163520
Benjamin M. Greenblum (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
Email: bgreenblum@wc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF<br><br>**DECLARATION OF BENJAMIN M. GREENBLUM IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Beth Labson Freeman |

Under 28 U.S.C. § 1746, I, Benjamin M. Greenblum, state as follows:

1. I am an attorney at Williams & Connolly LLP and counsel for Defendants in the above-captioned matter. I respectfully submit this declaration in support of Defendants' Administrative Motion to Relate ("Motion to Relate") a newly filed action, *Sweepstakes Today, LLC v. Google LLC, et al.*, No. 20-cv-08984-LB, to the above-captioned *In re Google Digital Advertising Antitrust Litigation* pending before this Court since May 2020. I have personal knowledge of the matters set forth herein and could and would testify competently thereto if called upon to do so.

2. A stipulation pursuant to Local Rule 7-11 for Defendants' Motion to Relate could not be obtained because, after conferring with counsel for plaintiffs in the *Sweepstakes Today* action by email on December 21, 2020, they declined consent to the relief sought.

3. I also conferred with counsel to the plaintiffs in *In re Google Digital Advertising Antitrust Litigation* on December 22, 2020, and confirmed that they consent to the Motion to Relate.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., on December 22, 2020.

/s/ Benjamin M. Greenblum
Benjamin M. Greenblum

- 1 -

DECLARATION OF BENJAMIN M. GREENBLUM
5:20-CV-03556-BLF