John E. Schmidtlein, SBN 163520
Benjamin M. Greenblum (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
Email: bgreenblum@wc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Beth Labson Freeman |

|   |   |   |
|---|---|---|
| 1 | **[PROPOSED] ORDER** | |
| 2 | The Court, having considered Defendants' Administrative Motion To Consider Whether |
| 3 | Cases Should be Related (the "Motion"), filed in *In re Google Digital Advertising Antitrust* |
| 4 | *Litigation*, No. 20-cv-03556-BLF, to deem *Genius Media Group, Inc., et al., v. Google LLC, et al.*, |
| 5 | No. 20-cv-09092-DMR related thereto, hereby grants the Motion. |
| 7 | IT IS SO ORDERED. |
| 9 | Dated: _____, 202\_       By: _____ |
| 10 |                                          Hon. Beth Labson Freeman |
|    |                                          United States District Judge |
| 12 | Submitted by: |
| 13 | Williams & Connolly LLP |
| 14 | By: /s/ John E. Schmidtlein |
| 15 | *Attorney for Defendants* |