Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
scottg@girardsharp.com

Tina Wolfson (State Bar No. 174806)
Theodore W. Maya (State Bar No. 223242)
Rachel Johnson (State Bar No. 331351)
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
Los Angeles, CA 90069
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
rjohnson@ahdootwolfson.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF<br><br>**PLAINTIFFS' RESPONSE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Civ. L.R. 3-12<br><br>Hon. Beth Labson Freeman |

Plaintiffs agree that *Sterling International Consulting Group v. Google LLC*, No. 20-cv-09321-JCS (complaint filed on Dec. 23, 2020), qualifies for relation. ECF 61. Like the two cases at issue in Google's previous motions to relate (ECF 55, 57)—*Sweepstakes Today, LLC v. Google LLC, et al.*, No. 20-cv-08984-LB; and *Genius Media Group, Inc., et al. v. Alphabet Inc., et al.*, No. 20-cv-09092-DMR—*Sterling* asserts monopolization claims against Google based on the same factual predicate as this *Google Digital Advertising Litigation*, and on behalf of an overlapping class. Local Rule 3-12(a)(1) is therefore readily satisfied. Further, because all of these actions involve the same operative facts and raise substantially similar questions, such as whether Google unlawfully excluded competition in the market for display advertising, for more than one Judge to preside would be inefficient. Thus, Local Rule 3-12(a)(2) also is satisfied and *Sterling* should be deemed related.

Dated: January 8, 2021

Respectfully submitted,

By:    /s/ *Dena C. Sharp*

Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
scottg@girardsharp.com

Tina Wolfson (State Bar No. 174806)
Theodore W. Maya (State Bar No. 223242)
Rachel Johnson (State Bar No. 331351)
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
Los Angeles, CA 90069
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

rjohnson@ahdootwolfson.com

Scott L. Silver (*pro hac vice* forthcoming)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 755-4799
ssilver@silverlaw.com

*Attorneys for Plaintiffs*