UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF<br><br>Case No. 20-cv-08984-HSG<br><br>Case No. 20-cv-09092-BLF |
| SWEEPSTAKES TODAY, LLC,<br>         Plaintiff,<br>v.<br><br>GOOGLE LLC, et al.,<br>         Defendants. | Case No. 20-cv-09321-VC<br><br>Case No. 21-cv-00022-DMR<br><br><br>**ORDER ON MOTIONS TO RELATE AT ECF 55, 57, 61, 64** |
| GENIUS MEDIA GROUP, INC., et al.,<br>         Plaintiffs,<br>v.<br><br>ALPHABET INC., et al.,<br>         Defendants. | |
| STERLING INTERNATIONAL CONSULTING GROUP,<br>         Plaintiff,<br>v.<br><br>GOOGLE LLC,<br>         Defendant. | |
| MARK J. ASTARITA,<br>         Plaintiff,<br>v.<br><br>GOOGLE LLC, et al.,<br>         Defendants. | |

Defendant Google LLC has filed several administrative motions asking this court to relate later-filed cases to the present case, *In re Google Digital Advertising Antitrust Litigation*, No. 20-

cv-03556-BLF. *See* ECF 55, 57, 61, 64. Those cases are: *Sweepstakes Today, LLC v. Google, LLC, et al.*, 20-cv-08984-HSG, *Genius Media Group, Inc., et al., v. Google, LLC, et al.*, 20-cv-09092-BLF, *Sterling International Consulting Group v. Google LLC*, 20-cv-09321-VC, and *Astarita v. Google LLC, et al.*, 21-cv-00022-DMR. The Court has reviewed all the cases and finds that the proposed classes and market definitions share significant overlap to the present case such that relation is appropriate. As such, the Court REALTES the aforementioned cases to the above-captioned case.

**IT IS SO ORDERED.**

Dated: January 22, 2021

_____
BETH LABSON FREEMAN
United States District Judge