UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF |
| | Case No. 20-cv-08984-BLF |
| | Case No. 20-cv-09092-BLF |
| SWEEPSTAKES TODAY, LLC,<br>       Plaintiff,<br>  v.<br>GOOGLE LLC, et al.,<br>       Defendants. | Case No. 20-cv-09321-BLF<br><br>Case No. 21-cv-00022-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 4, 2021 AT 10AM** |
| GENIUS MEDIA GROUP, INC., et al.,<br>       Plaintiffs,<br>  v.<br>ALPHABET INC., et al.,<br>       Defendants. | |
| STERLING INTERNATIONAL CONSULTING GROUP,<br>       Plaintiff,<br>  v.<br>GOOGLE LLC,<br>       Defendant. | |
| MARK J. ASTARITA,<br>       Plaintiff,<br>  v.<br>GOOGLE LLC, et al.,<br>       Defendants. | |

1  The Court SETS a case management conference for **February 4, 2021 at 10AM**. The
2  Court wishes to discuss consolidation of the cases at this conference. The parties may each submit
3  a statement of no more than 3 pages (1) discussing consolidation and (2) identifying any other
4  topics that they jointly wish to discuss.

6  **IT IS SO ORDERED.**

7  Dated: January 22, 2021

_____
BETH LABSON FREEMAN
United States District Judge