Robert J. Gralewski, Jr. (#196410)
Kirby McInerney LLP
600 B Street, Suite 2110
San Diego, CA 92101
Telephone: (619) 784-1442
Email: bgralewski@kmllp.com

*Counsel for Interested Party JLaSalle Enterprises, LLC*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF<br><br>**DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF INTERESTED PARTY'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Beth Labson Freeman<br>(Civ. L.R. 3-12 and 7-11) |

# DECLARATION

I, ROBERT J. GRALEWSKI, JR., declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Kirby McInerney LLP and counsel for Interested Party JLaSalle Enterprises LLC ("Interested Party" or "JLaSalle") in the above-titled action.

2. I respectfully submit this declaration in support of Interested Party's Unopposed Administrative Motion to Consider Whether Cases Should be Related ("Motion to Relate") to deem *JLaSalle Enterprises LLC v. Google LLC,* No. 5:21-cv-00748-NMC (N.D. Cal) related to *In re Google Digital Advertising Antitrust Litigation,* No. 5:20-cv-03556-BLF (N.D. Cal).

3. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed by JLaSalle in *JLaSalle Enterprises LLC v. Google LLC,* No. 5:21-cv-00748-NMC (N.D. Cal) on January 29, 2021.

4. In connection with the Motion, I conferred with counsel for Defendant Google LLC ("Google") on February 2, 2021 and counsel for Google consented to the relief sought in the Motion to Relate.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 3, 2021 in San Diego, California.

                                                            */s/ Robert J. Gralewski, Jr.*
                                                            Robert J. Gralewski, Jr.