# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

Case No. 5:20-cv-03556-BLF

**[PROPOSED] ORDER GRANTING INTERESTED PARTY'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Hon. Beth Labson Freeman
(Civ. L.R. 3-12 and 7-11)

The Court, having considered the Unopposed Administrative Motion to Consider Whether Cases Should be Related (the "Motion") filed by Interested Party JLaSalle Enterprises LLC ("JLaSalle" or "Interested Party") in *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-03556-BLF (N.D. Cal.), to deem *JLaSalle Enterprises LLC v. Google LLC*, No. 5:21-cv-00748-NMC (N.D. Cal.) related thereto, hereby grants the Motion.

IT IS SO ORDERED.

Dated: _____, 2021      By:_____
                                        Hon. Beth Labson Freeman
                                        United States District Judge