1  JUSTINA K. SESSIONS, State Bar No. 270914
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Plaza
3  Spear Tower, Suite 3300
   San Francisco, California 94105
4  Telephone: (415) 947-2197
   Facsimile: (415) 947-2099
5  Email: jsessions@wsgr.com

6  *Counsel for Defendants*
   *Google LLC and Alphabet Inc.*

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  IN RE GOOGLE DIGITAL ADVERTISING          )   Lead Case No.:  5:20-cv-03556-BLF
    ANTITRUST LITIGATION                      )
12                                            )
    _____       )   **DEFENDANTS GOOGLE LLC AND**
13                                            )   **ALPHABET INC.'S STATEMENT IN**
    DOCUMENT RELATES TO:                      )   **SUPPORT OF PLAINTIFF'S**
14                                            )   **UNOPPOSED ADMINISTRATIVE**
    *JLaSalle Enterprises LLC v. Google LLC*, )   **MOTION TO CONSIDER**
15  No. 5:21-cv-00748-NC                       )   **WHETHER CASES SHOULD BE**
                                              )   **RELATED**
16  _____       )

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 3-12(e), Defendants Google LLC and Alphabet Inc.

2  (together, "Google") submit this statement in support of JLaSalle Enterprises LLC's Motion to

3  Relate.  Google agrees that *JLaSalle Enterprises LLC v. Google LLC* (21-cv-00748) should be

4  related to *In re Google Digital Advertising Antitrust Litigation* because the *JLaSalle* complaint

5  includes an overlapping class of publishers, challenges the same conduct, and brings

6  substantially the same claims as those at issue in the *Digital Ads*[1] litigation.  Like the other

7  complaints in *Digital Ads*, JLaSalle alleges that Google has monopolized markets relating to

8  display advertising or "the Display Ad [Tech] Stack."  Google, therefore, requests that the Court

9  grant JLaSalle's motion to relate.

10    ***Same Parties.***  The *Digital Ads* proposed classes overlap with JLaSalle's proposed

11  class.  In *Digital Ads*, several plaintiff groups seek to represent classes of publishers that sold

12  digital advertising using Google advertising technology.  For example, the *Sterling* plaintiffs

13  seek to represent a class of "All persons and entities who sold digital advertising space at any

14  time during the period from December 15, 2016 through the present."  *Sterling Int'l Consulting*

15  *Grp. v. Google LLC*, No. 20-cv-09321 Dkt. 1 (Compl.) ¶ 194.  The *Genius Media* plaintiffs seek

16  to represent a class of "all persons that received revenue from Google for displaying

17  advertisements using Google's Ad Network services from four years prior to the date of this

18  Complaint's filing through the present."  *Genius Media Grp., Inc. v. Alphabet Inc.*, No. 20-cv-

19  09092 Dkt. 1 (Compl.) ¶ 101.  These plaintiffs further allege that Google AdSense is among the

20  ad network services.  *Id.* ¶ 43.  JLaSalle seeks to represent a class that overlaps with the other

21  ────────────

22    [1] The *Digital Ads* litigation currently includes five related complaints:  *In re Digital Ads*,

23  *Astarita v. Google LLC* (20-cv-00022), *Genius Media Grp. v. Alphabet Inc.* (20-cv-09092),

24  *Sweepstakes Today, LLC v. Google LLC* (20-cv-8984), *Sterling Int'l Consulting Grp. v. Google*

25  *LLC* (20-cv-9321).  The advertiser plaintiffs have filed a consolidated amended complaint, and

26  the Court has set a schedule to receive applications for publishers' interim class counsel and a

27  consolidated amended publishers' complaint.  *See* Feb. 4, 2021 Case Management Conference

28  Tr. 33:4-10.

publisher classes, namely:  "all Publishers that sell digital display advertising inventory through Google's AdSense targeting consumers in the United States between March 11, 2008 and the date the Court certifies the class."[2]  *JLaSalle Enters.*, No. 21-cv-00748 Dkt. 1 (Compl.) ¶ 115.

**Overlapping Allegations of Anticompetitive Conduct.**  Both the *Digital Ads* publisher plaintiffs and JLaSalle allege that Google violated the antitrust laws by tying advertising products, leveraging monopolistic market share, and interfering with competitors' services. *See, e.g., Genius Media* Compl. ¶¶ 62, 62, 64, 76, 94-98; *Sterling* Compl. ¶¶ 72, 78, 124, 115 139, 145; *Sweepstakes Today, LLC v. Google LLC*, No. 20-cv-08984 Dkt. 1 (Compl.)  ¶¶ 11, 210, 225-26; *Astarita v. Google LLC*, No. 21-cv-00022 Dkt. 1 (Compl.) ¶¶ 86, 87, 122; *JLaSalle* Compl. ¶¶ 64, 76, 86-90, 94.

**Same Claims for Relief.**  Both groups of plaintiffs claim damages under federal antitrust law on behalf of a publisher class.  *See, e.g., Genius Media* Compl. ¶¶ 116, 119, Prayer for Relief; *Sterling Int'l* Compl. ¶ 188, Prayer for Relief; *Sweepstakes Today* Compl. ¶ 185, Prayer for Relief; *Astarita* Compl. ¶ 227, Prayer for Relief;  *JLaSalle* Compl. ¶ 128, Prayer for Relief.

**Conducting the Actions Before Different Judges Would Result in Unduly Burdensome Duplication of Labor and Expense.**  *JLaSalle* and the cases currently related under the *Digital Ads* umbrella will necessarily include substantially overlapping discovery, and will require resolution of the same factual and legal questions.  It would be unduly burdensome to the parties, third parties, and to the Court to duplicate those efforts.  Further, because the two cases "are currently in a similar procedural posture," as discovery has not begun in either, "efficiency gains [would likely] be achieved" by treating the matters as related.  *Pepper v. Apple Inc.*, No. 11-cv-06714-YGR, 2019 WL 4783951, at *2 (N.D. Cal. Aug. 22, 2019).

---

[2] This is identical to the proposed class in *Mikula Web Solutions*, for which a motion to relate is also pending.

1        Google respectfully requests that the Court grant JLaSalle's motion to relate.

2

3    Dated: February 8, 2021                    Respectfully submitted,

4                                               WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
5

6                                               s/ Justina K. Sessions
                                                Justina K. Sessions
7                                               jsessions@wsgr.com

8                                               Counsel for Defendants
                                                Google LLC and Alphabet Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28