UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF |
| | Case No. 20-cv-08984-BLF |
| | Case No. 20-cv-09092-BLF |
| SWEEPSTAKES TODAY, LLC,<br>            Plaintiff,<br>      v.<br>GOOGLE LLC, et al.,<br>            Defendants. | Case No. 20-cv-09321-BLF<br><br>Case No. 21-cv-00022-BLF<br><br>**CASE MANAGEMENT ORDER NO. 1** |
| GENIUS MEDIA GROUP, INC., et al.,<br>            Plaintiffs,<br>      v.<br>ALPHABET INC., et al.,<br>            Defendants. | |
| STERLING INTERNATIONAL CONSULTING GROUP,<br>            Plaintiff,<br>      v.<br>GOOGLE LLC,<br>            Defendant. | |
| MARK J. ASTARITA,<br>            Plaintiff,<br>      v.<br>GOOGLE LLC, et al.,<br>            Defendants. | |

United States District Court
Northern District of California

On February 4, 2021, the parties in the above-captioned cases appeared for a Case Management Conference. As discussed on the record at the Case Management Conference, the Court **ORDERS** as follows:

(1) The publisher plaintiffs—namely, the plaintiffs in 20-cv-08984-BLF, 20-cv-09092-BLF, 20-cv-09321-BLF, and 21-cv-00022-BLF—shall file a consolidated complaint **no later than April 5, 2021**. Should the Court find that additional cases are related, consolidation efforts shall include any publisher plaintiffs in these cases.

(2) The publisher plaintiffs shall file applications for appointment of a leadership committee and lead interim counsel **no later than February 25, 2021**.

(3) A case management conference for all related cases is set for **April 8, 2021 at 11am**. In lieu of filing joint case management statements pursuant to the Local Rules, the parties shall meet and confer and submit a single submission by all parties that identifies an agenda of issues they would like to cover and any positions of which they would like to advise the Court. The parties shall file this document one week before the April 8 conference. If the consolidated publisher complaint is not on file by April 8, or good cause appearing, the parties may request a continuance of this date.

(4) The **April 8, 2021** hearing date for the pending motion to dismiss in the advertiser case, 20-cv-03556-BLF, will remain as currently set.

(5) Once the pleadings are settled with respect to the consolidated publisher complaint and the consolidated advertiser complaint, the Court will consider whether further consolidation is warranted.

(6) The Court terminates as moot the pending motions to relate and to consolidate at ECF 18, 21, and 24 in 20-cv-08984-BLF. The Court terminates as moot the pending motion to relate at ECF 43 in 20-cv-09092-BLF.

(7) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(8) The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

**IT IS SO ORDERED.**

Dated: February 9, 2021

_____
BETH LABSON FREEMAN
United States District Judge