1  [*COUNSEL INFORMATION LISTED*
2  *ON SIGNATURE PAGES*]

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9                        SAN JOSE DIVISION

10  IN RE GOOGLE DIGITAL ADVERTISING          )
    ANTITRUST LITIGATION                      )   Lead Case No.:  5:20-cv-03556-BLF
11                                            )
    _____       )
12                                            )
    DOCUMENT RELATES TO:                      )
13                                            )
                                              )   **JOINT STIPULATION AND**
14  *Sweepstakes Today, LLC v. Google LLC et al.*,  )   **[PROPOSED] ORDER REGARDING**
    No. 5:20-cv-08984-BLF                     )   **COMPLAINT RESPONSE**
15                                            )   **DEADLINES**
    *Genius Media Group, Inc. et al. v.*       )
16  *Alphabet Inc. et al.*, No. 5:20-cv-09092-BLF  )
                                              )
17  *Sterling International Consulting Group v.*  )
    *Google LLC*, No. 5:20-cv-09321-BLF        )
18                                            )
    *Astarita v. Google LLC et al.*,           )
19  No. 5:21-cv-00022-BLF                     )
                                              )
20  *JLaSalle Enterprises LLC v. Google LLC*,   )
    No. 5:21-cv-00748-BLF                     )
21                                            )
    *Mikula Web Solutions, Inc. v. Google LLC*,  )
22  No. 5:21-cv-00810-BLF                     )
                                              )
23                                            )
    _____       )
24

25

26

27

28

1    Pursuant to Civil Local Rule 6-1(a), plaintiffs (i) Mark Astarita; (ii) Genius Media Group,

2   Inc.; The Nation Company, L.P.; and The Progressive, Inc.; (iii) JLaSalle Enterprises LLC;

3   (iv) Mikula Web Solutions, Inc.; (v) Sterling International Consulting Group; and

4   (vi) Sweepstakes Today LLC; and Defendants Alphabet Inc., Google LLC, and YouTube LLC

5   ("Google") stipulate as follows:

6    WHEREAS, the Court has ordered the "publisher plaintiffs" in cases 20-cv-08984-BLF,

7   20-cv-09092-BLF, 20-cv-09321-BLF, and 21-cv-00022-BLF to file a consolidated complaint no

8   later than April 5, 2021, and has directed that consolidation efforts shall include any publisher

9   plaintiffs in additional related cases but has reserved on the question of consolidation of the

10   publisher and advertiser cases, respectively (Dkt. 89);

11    WHEREAS, the Court on February 9, 2021, ruled that case Nos. 21-cv-00748 and 21-cv-

12   00810 are related to the case *In re Google Digital Advertising Antitrust Litigation*, No. 20-cv-

13   03556-BLF;

14    WHEREAS, this stipulation will not alter the date of any event or deadline already fixed

15   by Court order; and

16    NOW THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties through their

17   respective counsel hereby stipulate as follows:

18    Defendants' deadlines to answer or otherwise respond the complaints filed in Case Nos.

19   20-cv-08984-BLF, 20-cv-09092-BLF, 20-cv-09321-BLF, 21-cv-00022-BLF, 21-cv-00748-BLF,

20   and 21-cv-00810-BLF are vacated pending the filing of a consolidated publisher

21   complaint.  Defendants shall respond to a consolidated amended publisher complaint within 60

22   days of the filing of such complaint.

23

24

25

26

27

28

1    **IT IS SO STIPULATED.**

2    Dated: February 23, 2021                    Respectfully submitted,

3                                                WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
4

5                                                By: */s/ Justina K. Sessions*
                                                 Justina K. Sessions, State Bar No. 270914
6                                                One Market Plaza
                                                 Spear Tower, Suite 3300
7                                                San Francisco, California 94105
                                                 Telephone: (415) 947-2197
8                                                Facsimile: (415) 947-2099
                                                 Email: jsessions@wsgr.com
9

10                                               *Counsel for Defendants Google LLC,*
                                                 *Alphabet Inc., and YouTube LLC*
11

12   Dated: February 23, 2021                    ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
13                                               DAVID W. MITCHELL
                                                 STEVEN M. JODLOWSKI
14

15                                               By: */s/ David W. Mitchell*
                                                 DAVID W. MITCHELL
16                                               655 West Broadway, Suite 1900
                                                 San Diego, CA  92101-8498
17                                               Telephone:  619/231-1058
                                                 619/231-7423 (fax)
18                                               davidm@rgrdlaw.com
                                                 sjodlowski@rgrdlaw.com
19

20                                               PAUL J. GELLER**
                                                 STUART A. DAVIDSON**
21                                               Robbins Geller Rudman & Dowd LLP
                                                 120 East Palmetto Park Road, Suite 500
22                                               Boca Raton, FL  33432
                                                 Telephone:  561/750-3000
23                                               561/750-3364 (fax)

24

25

26

27

28

1

2

3

4

5

6

7

8

9   Dated: February 23, 2021

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John C. Herman*
  (GA Bar No. 348370)
Serina M. Vash**
  (NJ Bar No. 041142009)
HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
Telephone:  (404) 504-6500
Facsimile:  (404) 504-6501
jherman@hermanjones.com
svash@hermanjones.com

*Counsel for Plaintiff Sweepstakes Today, LLC*

BOIES SCHILLER FLEXNER LLP

By: */s/ Philip C. Korologos*
Philip C. Korologos*
pkorologos@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

George A. Zelcs*
Robert E. Litan*
Randall P. Ewing*
Jonathon D. Byrer*
Ryan A. Cortazar*
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751
gzelcs@koreintillery.com
rlitan@koreintillery.com
rewing@koreintillery.com
jbyrer@koreintillery.com
rcortazar@koreintillery.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stephen M. Tillery*
Michael E. Klenov (277028)
Carol L. O'Keefe*
Jamie Boyer*
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844 / Fax: (314) 241-3525
stillery@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com
jboyer@koreintillery.com

David Boies*
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

Abby L. Dennis*
adennis@bsfllp.com
Jesse Panuccio*
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 895-7580 / Fax: (202) 237-6131

Mark C. Mao (236165)
mmao@bsfllp.com
Sean P. Rodriguez (262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820 / Fax: (415) 293-6899

Sabria A. McElroy*
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216 / Fax: (954) 356-0022

*Counsel for Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

1  Dated: February 23, 2021                    BERGER MONTAGUE PC

2                                              By: */s/ Michael C. Dell'Angelo*
                                               Eric L. Cramer*
3                                              Michael C. Dell'Angelo*
                                               Caitlin G. Coslett*
4                                              Patrick F. Madden*
                                               Michaela Wallin*
5                                              BERGER MONTAGUE PC
                                               1818 Market St., Suite 3600
6                                              Philadelphia, PA 19103
                                               Telephone: (215) 875-3000
7                                              Facsimile: (215) 875-4604
                                               ecramer@bm.net
8                                              mdellangelo@bm.net
                                               ccoslett@bm.net
9                                              pmadden@bm.net
                                               mwallin@bm.net
10

11                                             Sophia M. Rios (305801)
                                               BERGER MONTAGUE PC
12                                             12544 High Bluff Drive, Suite 340
                                               San Diego, CA 92130
13                                             Telephone: (619) 489-0300
                                               Facsimile: (215) 875-4604
14                                             srios@bm.net

15                                             Daniel J. Walker*
                                               BERGER MONTAGUE PC
16                                             2001 Pennsylvania Ave., NW
                                               Suite 300
17                                             Washington DC 20006
                                               Telephone: (202) 559-9745
18                                             dwalker@bm.net

19                                             Michael K. Yarnoff**
                                               KEHOE LAW FIRM, P.C.
20                                             Two Penn Center Plaza
                                               1500 JFK Blvd., Suite 1020
21                                             Philadelphia, PA 19102
                                               Telephone: (215) 792-6676
22                                             myarnoff@kehoelawfirm.com

23                                             *Counsel for Sterling International Consulting
                                               Group*
24

25

26

27

28

1     Dated: February 23, 2021        GIRARD SHARP LLP

2

3                                       By: */s/ Dena C. Sharp*
Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)

4                                       Adam E. Polk (State Bar No. 273000)
Scott M. Grzenczyk (State Bar No. 279309)

5                                       GIRARD SHARP LLP
601 California Street, Suite 1400

6                                       San Francisco, CA 94108
Tel: (415) 981-4800

7                                       Fax: (415) 981-4846

8                                       dsharp@girardsharp.com
jelias@girardsharp.com

9                                       apolk@girardsharp.com
scottg@girardsharp.com

10

11                                       John D. Radice**
April Lambert**

12                                       RADICE LAW FIRM, PC
475 Wall Street

13                                       Princeton, NJ 08540
Tel: (646) 245-8502

14                                       Fax: (609) 385-0745

15                                       jradice@radicelawfirm.com
alambert@radicelawfirm.com

16

17                                       Scott L. Silver**
SILVER LAW GROUP

18                                       11780 W. Sample Road
Coral Springs, FL 33065

19                                       Tel: (954) 755-4799
ssilver@silverlaw.com

20

21                                       *Counsel for Mark Astarita*

22

23

24

25

26

27

28

1  Dated: February 23, 2021          KIRBY McINERNEY LLP

2                                    By: */s/ Robert Gralewski*
3                                    Robert J. Gralewski, Jr. (Cal. Bar. #196410)
                                     Samantha L. Greenberg (Cal. Bar. #327224)
4                                    KIRBY McINERNEY LLP
                                     600 B Street, Suite 2110
5                                    San Diego, CA  92101
                                     619-784-1442
6                                    bgralewski@kmllp.com
                                     sgreenberg@kmllp.com
7

8                                    *Counsel for JLaSalle Enterprises LLC*

9  Dated: February 23, 2021          GUSTAFSON GLUEK PLLC

10                                   By: */s/ Dennis Stewart*
11                                   Dennis Stewart (SBN 99152)
                                     GUSTAFSON GLUEK PLLC
12                                   600 B Street
                                     17th Floor
13                                   San Diego, CA 92101
                                     Telephone: (619) 595-3299
14                                   dstewart@gustafsongluek.com

15
                                     Daniel E. Gustafson*
16                                   Daniel C. Hedlund
                                     Daniel J. Nordin
17                                   Ling S. Wang
                                     GUSTAFSON GLUEK PLLC
18                                   Canadian Pacific Plaza
                                     120 South Sixth Street, Suite 2600
19                                   Minneapolis, MN 55402
                                     Telephone: (612) 333-8844
20                                   dgustafson@gustafsongluek.com
                                     dhedlund@gustafsongluek.com
21                                   dnordin@gustafsongluek.com
                                     lwang@gustafsongluek.com
22

23                                   Marc H. Edelson, Esq.
24                                   EDELSON LECHTZIN LLP
                                     3 Terry Drive
25                                   Suite 205
                                     Newtown, PA 18940
26                                   Telephone: (215) 867-2399
                                     Facsimile: (267) 685-0676
27                                   medelson@edelson-law.com

28

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

E. Powell Miller
Sharon S. Almonrode***
Emily E. Hughes
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
eeh@millerlawpc.com

Simon Bahne Paris, Esquire
Patrick Howard, Esquire
SALTZ, MONGELUZZI & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
kae@wexlerwallace.com

Dianne M. Nast
Daniel N. Gallucci
Joseph N. Roda
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106
dnast@nastlaw.com
dgallucci@nastlaw.com
jnroda@nastlaw.com

*Counsel for Mikula Web Solutions, Inc.*


\*Pro Hac Vice
\*\*Pro Hac Vice application forthcoming
\*\*\*Pro Hac Vice application pending

1

**FILER'S ATTESTATION**

2

    Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Justina K. Sessions attest that

3

concurrence in the filing of this document has been obtained from each of the other signatories.

4

5

Dated: February 23, 2021                    By: */s/ Justina K. Sessions*
                                            Justina K. Sessions, State Bar No. 270914

6

7

8

**[PROPOSED] ORDER**

9

    PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

10

11

12

Dated:                              _____

                                    HONORABLE BETH LABSON FREEMAN

13

                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28