Dennis Stewart (SBN 99152)
GUSTAFSON GLUEK PLLC
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel E. Gustafson*
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
lwang@gustafsongluek.com

*Pro Hac Vice*

Attorneys for MIKULA WEB SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No.: 5:20-cv-03556-BLF<br><br>**DECLARATION OF DENNIS STEWART IN SUPPORT OF PUBLISHER PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)(3)** |
| SWEEPSTAKES TODAY, LLC,<br>           Plaintiff,<br>    v.<br>GOOGLE LLC, et al.,<br>           Defendants. | No. 5:20-cv-008984-BLF |

| | | |
|---|---|---|
| 1 | GENIUS MEDIA GROUP, INC., et al.,<br>            Plaintiffs, | No. 5:20-cv-09092-BLF |
| 2 | v. | |
| 3 | ALPHABET INC., et al.,<br>            Defendants. | |
| 4 | STERLING INTERNATIONAL CONSULTING GROUP, | No. 5:20-cv-09321-BLF |
| 5 |             Plaintiff, | |
| 6 | v.<br>GOOGLE LLC, | |
| 7 |             Defendant. | |
| | MARK J. ASTARITA, | No. 5:21-cv-00022-BLF |
| 8 |             Plaintiff, | |
| 9 | v.<br>GOOGLE LLC, et al., | |
| 10 |             Defendants. | |
| | JLASALLE ENTERPRISES LLC, | No. 5:21-cv-00748-BLF |
| 11 |             Plaintiff, | |
| 12 | v.<br>GOOGLE LLC, | |
| 13 |             Defendant. | |
| | MIKULA WEB SOLUTIONS, INC., | No. 5:21-cv-00810-BLF |
| 14 |             Plaintiff, | |
| 15 | v.<br>GOOGLE LLC,<br>            Defendant. | |

## DECLARATION OF DENNIS STEWART

I, Dennis Stewart, hereby declares as follows:

1. I am a member in the law firm of Gustafson Gluek PLLC ("Gustafson Gluek"), counsel of record for Plaintiff Mikula Web Solutions, Inc. in *Mikula Web Solutions, Inc. v. Google LLC*, No. 5:21-cv-00810-BLF. I am an attorney duly licensed to practice law before all courts in California. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. I make this declaration in support of Plaintiffs Genius Media Group, Inc., Sterling International Consulting Group, The Nation Company, L.P., The Progressive, Inc., Sweepstakes Today, LLC, JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc., plaintiffs in the above-captioned actions (collectively, "Publisher Plaintiffs"), to appoint the law firms of Boies Schiller Flexner LLP, Korein Tillery LLC and Berger Montague PC as interim co-lead counsel for the putative publisher class (collectively, "Proposed Interim Co-Lead Publisher Class Counsel"), and the law firms of Kirby McInerney LLP and Gustafson Gluek PLLC to serve along with Proposed Interim Co-Lead Publisher Class Counsel as members of the Publisher Class Leadership Committee for the publisher matters, requested to be consolidated:

- *Sweepstakes Today, LLC v. Google LLC et al.*, No. 5:20-cv-08984-BLF
- *Genius Media Group, Inc. et al. v. Alphabet Inc. et al.*, No. 5:20-cv-09092-BLF
- *Sterling International Consulting Group v. Google LLC*, No. 5:20-cv-09321-BLF
- *Astarita v. Google LLC et al.*, No. 5:21-cv-00022-BLF
- *JLaSalle Enterprises LLC v. Google LLC*, No. 5:21-cv-00748-BLF
- *Mikula Web Solutions, Inc. v. Google LLC*, No. 5:21-cv-00810-BLF

3. Attached hereto as **Exhibit 1** is a firm resume containing information about our attorneys and our antitrust practice.

4. Founded in 2003, Gustafson Gluek has offices in both California and Minnesota. Gustafson Gluek's attorneys have performed key leadership roles in many prominent antitrust cases and recovered significant sums on behalf of the classes they represented. In *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.), Gustafson Gluek was Co-

1  Lead Counsel representing a class of direct purchasers of freight forwarding services alleging that
2  the 68 defendants engaged in an international conspiracy to fix, inflate, and maintain various
3  charges and surcharges for freight forwarding services. Ultimately, Gustafson Gluek helped to
4  recover over $450 million for the class. In *In re DRAM Antitrust Litig.* (N.D. Cal. and multiple
5  state court actions), Gustafson Gluek was Co-Lead Counsel for a class of indirect purchasers of
6  DRAM and helped to recover $310 million on behalf of the class.

7  5.  Gustafson Gluek's attorneys are also currently serving, or have served, in
8  leadership roles in a number of national antitrust cases, including: *In re Interior Molded Doors
9  Indirect Purchaser Antitrust Litig.* (E.D. Va.) (Co-Lead Counsel); *In re Pork Antitrust Litig.* (D.
10 Minn.) (Co-Lead Counsel for Consumer Indirect Purchasers); *In re DDP Beef Litig.* (D. Minn.)
11 (Co-Lead Counsel); *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.) (Co-Lead Counsel for
12 Commercial and Institutional Indirect Purchaser Plaintiffs); *In re Vitamin C Antitrust Litig.*
13 (E.D.N.Y.) (Co-Lead Counsel for the Indirect Purchaser Plaintiffs); *In re Dealer Management
14 Systems Antitrust Litig.* (N.D. Ill.) (Plaintiffs' Steering Committee); *In re Flash Memory Antitrust
15 Litig.* (N.D. Cal.) (Plaintiffs' Steering Committee).

16 6.  Gustafson Gluek and its attorneys have consistently been recognized by their
17 clients, peers, and courts across the country as leaders in their fields and, as such, have been
18 chosen to lead some of the largest and most complex multi-district litigations. Gustafson Gluek
19 was named in the Top 25 Lead Counsel in Antitrust Complaints filed from 2009 – 2019 in the
20 2019 Antitrust Annual Report produced by the University of San Francisco Law School and The
21 Huntington National Bank. That report also notes that during that time period, Gustafson Gluek
22 helped recover over $707 million for class members in 48 different antitrust cases.

23 7.  I am managing this case on a day-to-day basis for Gustafson Gluek along with Dan
24 Gustafson, Dan Hedlund, Dan Nordin, and Ling Wang. The biographies of our accomplished and
25 diverse attorneys we are proposing to serve on the Leadership Committee for the Publisher
26 Plaintiffs can be found in the attached firm resume.

27
28

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 25th day of February, 2021, in San Diego, California.

*/s/ Dennis Stewart*
Dennis Stewart