| | |
|---|---|
| David Boies* | Carol L. O'Keefe* |
| dboies@bsfllp.com | cokeefe@koreintillery.com |
| BOIES SCHILLER FLEXNER LLP | KOREIN TILLERY LLC |
| 333 Main Street | 505 North Seventh St., Suite 3600 |
| Armonk, NY 10504 | St. Louis, Missouri 63101-1625 |
| Tel.: (914) 749-8200 / Fax: (914) 749-8300 | Tel.: (314) 241-4844 / Fax: (314) 241-3525 |
| | |
| Philip C. Korologos* | Robert J. Gralewski, Jr. (196410) |
| pkorologos@bsfllp.com | bgralewski@kmllp.com |
| BOIES SCHILLER FLEXNER LLP | Samantha L. Greenberg (327224) |
| 55 Hudson Yards, 20th Floor | sgreenberg@kmllp.com |
| New York, New York 10001 | KIRBY McINERNEY LLP |
| Tel.: (212) 446-2300 / Fax: (212) 446-2350 | 600 B Street, Suite 2110 |
| | San Diego, CA 92101 |
| Sophia M. Rios (305801) | Tel.: (619) 784-1442 |
| srios@bm.net | |
| BERGER MONTAGUE PC | Dennis Stewart (99152) |
| 12544 High Bluff Drive, Suite 340 | dstewart@gustafsongluek.com |
| San Diego, CA 92130 | GUSTAFSON GLUEK PLLC |
| Tel: (619) 489-0300 / Fax: (215) 875-4604 | 600 B Street |
| | 17th Floor |
| Eric L. Cramer* | San Diego, CA 92101 |
| ecramer@bm.net | Tel.: (619) 595-3299 |
| Michael C. Dell'Angelo* | |
| mdellangelo@bm.net | Daniel E. Gustafson* |
| Caitlin G. Coslett* | dgustafson@gustafsongluek.com |
| ccoslett@bm.net | Daniel C. Hedlund |
| Patrick F. Madden* | dhedlund@gustafsongluek.com |
| pmadden@bm.net | Daniel J. Nordin |
| Michaela Wallin* | dnordin@gustafsongluek.com |
| mwallin@bm.net | lwang@gustafsongluek.com |
| BERGER MONTAGUE PC | Ling S. Wang |
| 1818 Market Street, Suite 3600 | lwang@gustafsongluek.com |
| Philadelphia, PA 19103 | GUSTAFSON GLUEK PLLC |
| Tel: (215) 875-3000 / Fax: (215) 875-4604 | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| George A. Zelcs* | Minneapolis, MN 55402 |
| gzelcs@koreintillery.com | Tel.: (612) 333-8844 |
| Robert E. Litan* | |
| rlitan@koreintillery.com | * *Pro Hac Vice* |
| KOREIN TILLERY LLC | |
| 205 North Michigan Ave., Suite 1950 | Counsel for Publisher Plaintiffs |
| Chicago, Illinois 60601 | |
| Tel.: (312) 641-9760 / Fax: (312) 641-9751 | [Additional Counsel identified on signature pages] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 5:20-cv-03556-BLF<br><br>**PUBLISHER PLAINTIFFS'** *AMENDED* **NOTICE OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)(3)**<br><br>Date: April 1, 2021<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor, San Jose<br>Judge: Hon. Beth Labson Freeman |
| SWEEPSTAKES TODAY, LLC,<br>    Plaintiff,<br>  v.<br>GOOGLE LLC, et al.,<br>    Defendants. | No. 5:20-cv-008984-BLF |
| GENIUS MEDIA GROUP, INC., et al.,<br>    Plaintiffs,<br>  v.<br>ALPHABET INC., et al.,<br>    Defendants. | No. 5:20-cv-09092-BLF |
| STERLING INTERNATIONAL CONSULTING GROUP,<br>    Plaintiff,<br>  v.<br>GOOGLE LLC,<br>    Defendant. | No. 5:20-cv-09321-BLF |
| MARK J. ASTARITA,<br>    Plaintiff,<br>  v.<br>GOOGLE LLC, et al.,<br>    Defendants. | No. 5:21-cv-00022-BLF |
| JLASALLE ENTERPRISES LLC,<br>    Plaintiff,<br>  v.<br>GOOGLE LLC,<br>    Defendant. | No. 5:21-cv-00748-BLF |
| MIKULA WEB SOLUTIONS, INC.,<br>    Plaintiff,<br>  v.<br>GOOGLE LLC,<br>    Defendant. | No. 5:21-cv-00810-BLF |

# AMENDED NOTICE OF MOTION

**PLEASE TAKE NOTICE** that April 1, 2021, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Northern District of California, San Jose Courthouse, located within the Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, San Jose, CA 95113, in Courtroom 3, 5th Floor, before the Honorable Beth Labson Freeman, Plaintiffs Genius Media Group, Inc., Sterling International Consulting Group, The Nation Company, L.P., The Progressive, Inc., Sweepstakes Today, LLC, JLaSalle Enterprises LLC, and Mikula Web Solutions, Inc., plaintiffs in the above-captioned actions (collectively, "Publisher Plaintiffs"), will move pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure and Civil L.R. 7-4, to appoint the law firms of Boies Schiller Flexner LLP, Korein Tillery LLC, and Berger Montague PC as interim co-lead counsel for the putative publisher class (collectively, "Proposed Interim Co-Lead Publisher Class Counsel"), and the law firms of Kirby McInerney LLP and Gustafson Gluek PLLC to serve along with Proposed Interim Co-Lead Publisher Class Counsel as members of the Publisher Class Leadership Committee for the following related publisher matters and all subsequently filed related publisher matters:

- *Sweepstakes Today, LLC v. Google LLC et al.*, No. 5:20-cv-08984-BLF
- *Genius Media Group, Inc., et al. v. Alphabet Inc. et al.*, No. 5:20-cv-09092-BLF
- *Sterling International Consulting Group v. Google LLC*, No. 5:20-cv-09321-BLF
- *Astarita v. Google LLC, et al.*, No. 5:21-cv-00022-BLF
- *JLaSalle Enterprises LLC v. Google LLC*, No. 5:21-cv-00748-BLF
- *Mikula Web Solutions, Inc. v. Google LLC*, No. 5:21-cv-00810-BLF

The Publisher Plaintiffs' motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declarations of Philip C. Korologos, George A. Zelcs, Eric L. Cramer, Robert J. Gralewski, Jr., and Dennis Stewart and all exhibits thereto, all documents in the Court's file, any matters of which this Court may take judicial notice, and on such other written and oral argument as may be presented to the Court.

| | | |
|---|---|---|
| 1 | Dated: March 1, 2021 | Respectfully submitted, |
| 2 | | BOIES SCHILLER FLEXNER LLP |
| 3 | | By: */s/ Philip C. Korologos* |
| 4 | | Philip C. Korologos* |
| | | pkorologos@bsfllp.com |
| 5 | | Brianna S. Hills*** |
| | | bhills@bsfllp.com |
| 6 | | BOIES SCHILLER FLEXNER LLP |
| 7 | | 55 Hudson Yards, 20th Floor |
| | | New York, NY 10001 |
| 8 | | Tel.: (212) 446-2300 / Fax: (212) 446-2350 |
| 9 | | David Boies* |
| | | dboies@bsfllp.com |
| 10 | | BOIES SCHILLER FLEXNER LLP |
| 11 | | 333 Main Street |
| | | Armonk, NY 10504 |
| 12 | | Tel.: (914) 749-8200 / Fax: (914) 749-8300 |
| 13 | | Abby L. Dennis* |
| | | adennis@bsfllp.com |
| 14 | | Jesse Panuccio* |
| 15 | | jpanuccio@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 16 | | 1401 New York Avenue, NW |
| | | Washington, DC 20005 |
| 17 | | Tel.: (202) 895-7580 / Fax: (202) 237-6131 |
| 18 | | Mark C. Mao (236165) |
| 19 | | mmao@bsfllp.com |
| | | Sean P. Rodriguez (262437) |
| 20 | | srodriguez@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 21 | | 44 Montgomery Street, 41st Floor |
| 22 | | San Francisco, CA 94104 |
| | | Tel.: (415) 293-6820 / Fax: (415) 293-6899 |
| 23 | | |
| | | Sabria A. McElroy* |
| 24 | | smcelroy@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 25 | | 401 E. Las Olas Blvd., Suite 1200 |
| 26 | | Fort Lauderdale, FL 33301 |
| | | Tel.: (954) 377 4216 / Fax: (954) 356-0022 |
| 27 | | |
| | | George A. Zelcs* |
| 28 | | gzelcs@koreintillery.com |

| AMD NTC OF MOTION FOR INTERIM CO-LEAD CLASS COUNSEL | 2 | Case No.: 5:20-cv-03556-BLF |

|   |   |   |
|---|---|---|
| 1 |  | Robert E. Litan* |
|   |  | rlitan@koreintillery.com |
| 2 |  | Randall P. Ewing* |
|   |  | rewing@koreintillery.com |
| 3 |  | Jonathon D. Byrer* |
|   |  | jbyrer@koreintillery.com |
| 4 |  | Ryan A. Cortazar* |
|   |  | rcortazar@koreintillery.com |
| 5 |  | KOREIN TILLERY LLC |
|   |  | 205 North Michigan Avenue, Suite 1950 |
| 6 |  | Chicago, IL 60601 |
| 7 |  | Tel.: (312) 641-9750 / Fax: (312) 641-9751 |
| 8 |  | Stephen M. Tillery* |
|   |  | stillery@koreintillery.com |
| 9 |  | Michael E. Klenov (277028) |
| 10 |  | mklenov@koreintillery.com |
|   |  | Carol L. O'Keefe* |
| 11 |  | cokeefe@koreintillery.com |
|   |  | Jamie Boyer* |
| 12 |  | jboyer@koreintillery.com |
|   |  | KOREIN TILLERY LLC |
| 13 |  | 505 North 7th Street, Suite 3600 |
|   |  | St. Louis, MO 63101 |
| 14 |  | Tel.: (314) 241-4844 / Fax: (314) 241-3525 |
| 15 |  |  |
|   |  | *Counsel for Genius Media Group, Inc., The Nation* |
| 16 |  | *Company, L.P., and The Progressive, Inc.* |
| 17 |  |  |
| 18 | Dated: March 1, 2021 | BERGER MONTAGUE PC |
| 19 |  | By: */s/ Michael C. Dell'Angelo* |
| 20 |  | Eric L. Cramer* |
|   |  | ecramer@bm.net |
| 21 |  | Michael C. Dell'Angelo* |
| 22 |  | mdellangelo@bm.net |
|   |  | Caitlin G. Coslett* |
| 23 |  | ccoslett@bm.net |
|   |  | Patrick F. Madden* |
| 24 |  | pmadden@bm.net |
|   |  | Michaela Wallin* |
| 25 |  | mwallin@bm.net |
| 26 |  | BERGER MONTAGUE PC |
|   |  | 1818 Market St., Suite 3600 |
| 27 |  | Philadelphia, PA 19103 |
|   |  | Tel.: (215) 875-3000 / Fax: (215) 875-4604 |
| 28 |  |  |

| | |
|---|---|
| 1 | Sophia M. Rios (305801) |
| 2 | srios@bm.net |
|   | BERGER MONTAGUE PC |
| 3 | 12544 High Bluff Drive, Suite 340 |
|   | San Diego, CA 92130 |
| 4 | Tel.: (619) 489-0300 / Fax: (215) 875-4604 |
| 5 | Daniel J. Walker* |
|   | dwalker@bm.net |
| 6 | BERGER MONTAGUE PC |
|   | 2001 Pennsylvania Ave., NW |
| 7 | Suite 300 |
|   | Washington DC 20006 |
| 8 | Tel.: (202) 559-9745 |
| 9 | Michael K. Yarnoff*** |
| 10 | myarnoff@kehoelawfirm.com |
|   | KEHOE LAW FIRM, P.C. |
| 11 | Two Penn Center Plaza |
|   | 1500 JFK Blvd., Suite 1020 |
| 12 | Philadelphia, PA 19102 |
|   | Telephone: (215) 792-6676 |
| 13 | |
| 14 | *Counsel for Sterling International Consulting Group* |
| 15 | |
| 16 | Dated: March 1, 2021   ROBBINS GELLER RUDMAN & DOWD LLP |
| 17 | |
| 18 | By: /s/ David W. Mitchell |
|   | DAVID W. MITCHELL |
| 19 | davidm@rgrdlaw.com |
|   | STEVEN M. JODLOWSKI |
| 20 | sjodlowski@rgrdlaw.com |
|   | 655 West Broadway, Suite 1900 |
| 21 | San Diego, CA 92101-8498 |
| 22 | Tel.: (619) 231-1058 / Fax: (619) 231-7423 |
| 23 | PAUL J. GELLER*** |
|   | STUART A. DAVIDSON* |
| 24 | Robbins Geller Rudman & Dowd LLP |
|   | 120 East Palmetto Park Road, Suite 500 |
| 25 | Boca Raton, FL 33432 |
| 26 | Tel.: (561) 750-3000 / Fax: (561) 750-3364 |
| 27 | John C. Herman* |
|   | (GA Bar No. 348370) |
| 28 | jherman@hermanjones.com |

AMD NTC OF MOTION FOR INTERIM CO-LEAD CLASS COUNSEL                4                Case No.: 5:20-cv-03556-BLF

|   |   |   |
|---|---|---|
| 1 | | Serina M. Vash*** |
| 2 | | (NJ Bar No. 041142009) |
|   | | svash@hermanjones.com |
| 3 | | HERMAN JONES LLP |
|   | | 3424 Peachtree Road, N.E., Suite 1650 |
| 4 | | Atlanta, Georgia 30326 |
|   | | Tel.: (404) 504-6500 / Fax: (404) 504-6501 |
| 5 | | |
|   | | *Counsel for Plaintiff Sweepstakes Today, LLC* |
| 6 | | |
| 7 | Dated: March 1, 2021 | KIRBY McINERNEY LLP |
| 8 | | By: /s/ Robert Gralewski |
|   | | Robert J. Gralewski, Jr. (196410) |
| 9 | | bgralewski@kmllp.com |
|   | | Samantha L. Greenberg (327224) |
| 10 | | sgreenberg@kmllp.com |
| 11 | | KIRBY McINERNEY LLP |
|   | | 600 B Street, Suite 2110 |
| 12 | | San Diego, CA 92101 |
|   | | Telephone: (619) 784-1442 |
| 13 | | |
| 14 | | Karen Lerner*** |
|   | | klerner@kmllp.com |
| 15 | | KIRBY McINERNEY LLP |
|   | | 250 Park Avenue, Suite 820 |
| 16 | | New York, New York 10177\ |
|   | | Telephone: (212) 371-6600 |
| 17 | | Facsimile: (212) 751-2540 |
| 18 | | |
|   | | *Counsel for JLaSalle Enterprises LLC* |
| 19 | | |
| 20 | Dated: March 1, 2021 | GUSTAFSON GLUEK PLLC |
| 21 | | |
| 22 | | By: /s/ Dennis Stewart |
|   | | Dennis Stewart (99152) |
| 23 | | dstewart@gustafsongluek.com |
|   | | GUSTAFSON GLUEK PLLC |
| 24 | | 600 B Street |
|   | | 17th Floor |
| 25 | | San Diego, CA 92101 |
|   | | Telephone: (619) 595-3299 |
| 26 | | |
| 27 | | Daniel E. Gustafson* |
|   | | dgustafson@gustafsongluek.com |
| 28 | | Daniel C. Hedlund |

|   |   |
|---|---|
| 1 | dhedlund@gustafsongluek.com |
|   | Daniel J. Nordin |
| 2 | dnordin@gustafsongluek.com |
|   | Ling S. Wang |
| 3 | lwang@gustafsongluek.com |
|   | GUSTAFSON GLUEK PLLC |
| 4 | Canadian Pacific Plaza |
|   | 120 South Sixth Street, Suite 2600 |
| 5 | Minneapolis, MN 55402 |
|   | Telephone: (612) 333-8844 |
| 6 |   |
| 7 | Marc H. Edelson, Esq. |
|   | medelson@edelson-law.com |
| 8 | EDELSON LECHTZIN LLP |
|   | 3 Terry Drive, Suite 205 |
| 9 | Newtown, PA 18940 |
| 10 | Tel.: (215) 867-2399 / Fax: (267) 685-0676 |
| 11 | Joshua H. Grabar |
|   | jgrabar@grabarlaw.com |
| 12 | GRABAR LAW OFFICE |
|   | One Liberty Place |
| 13 | 1650 Market Street, Suite 3600 |
| 14 | Philadelphia, PA 19103 |
|   | Tel: (267) 507-6085 / Fax: (267) 507-6048 |
| 15 |   |
| 16 | E. Powell Miller |
|   | epm@millerlawpc.com |
| 17 | Sharon S. Almonrode* |
|   | ssa@millerlawpc.com |
| 18 | Emily E. Hughes |
|   | eeh@millerlawpc.com |
| 19 | THE MILLER LAW FIRM, P.C. |
|   | 950 West University Drive, Suite 300 |
| 20 | Rochester, MI 48307 |
| 21 | Tel.: (248) 841-2200 / Fax: (248) 652-2852 |
| 22 | Simon Bahne Paris, Esquire |
|   | sparis@smbb.com |
| 23 | Patrick Howard, Esquire |
|   | phoward@smbb.com |
| 24 | SALTZ, MONGELUZZI & BENDESKY, P.C. |
|   | One Liberty Place, 52nd Floor |
| 25 | 1650 Market Street |
| 26 | Philadelphia, PA 19103 |
|   | Tel.: (215) 496-8282 / Fax: (215) 496-0999 |
| 27 |   |
|   | Kenneth A. Wexler** |
| 28 | kaw@wexlerwallace.com |

Kara A. Elgersma**
kae@wexlerwallace.com
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603

Dianne M. Nast
dnast@nastlaw.com
Daniel N. Gallucci
dgallucci@nastlaw.com
Joseph N. Roda
jnroda@nastlaw.com
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106

*Counsel for Mikula Web Solutions, Inc.*

*Pro Hac Vice*
**Pro Hac Vice* app. pending
***Pro Hac Vice* app. forthcoming