| | |
|---|---|
| David Boies* <br> dboies@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 333 Main Street <br> Armonk, NY 10504 <br> Tel.: (914) 749-8200 / Fax: (914) 749-8300 | Carol L. O'Keefe* <br> cokeefe@koreintillery.com <br> KOREIN TILLERY LLC <br> 505 North Seventh St., Suite 3600 <br> St. Louis, Missouri 63101-1625 <br> Tel.: (314) 241-4844 / Fax: (314) 241-3525 |
| Philip C. Korologos* <br> pkorologos@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 55 Hudson Yards, 20th Floor <br> New York, New York 10001 <br> Tel.: (212) 446-2300 / Fax: (212) 446-2350 | Robert J. Gralewski, Jr. (196410) <br> bgralewski@kmllp.com <br> Samantha L. Greenberg (327224) <br> sgreenberg@kmllp.com <br> KIRBY McINERNEY LLP <br> 600 B Street, Suite 2110 <br> San Diego, CA  92101 |
| Sophia M. Rios (305801) <br> srios@bm.net <br> BERGER MONTAGUE PC <br> 12544 High Bluff Drive, Suite 340 <br> San Diego, CA 92130 <br> Tel: (619) 489-0300 / Fax: (215) 875-4604 | Tel.: (619) 784-1442 <br><br> Dennis Stewart (99152) <br> dstewart@gustafsongluek.com <br> GUSTAFSON GLUEK PLLC <br> 600 B Street <br> 17th Floor <br> San Diego, CA 92101 <br> Tel.: (619) 595-3299 |
| Eric L. Cramer* <br> ecramer@bm.net <br> Michael C. Dell'Angelo* <br> mdellangelo@bm.net <br> Caitlin G. Coslett* <br> ccoslett@bm.net <br> Patrick F. Madden* <br> pmadden@bm.net <br> Michaela Wallin* <br> mwallin@bm.net <br> BERGER MONTAGUE PC <br> 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> Tel: (215) 875-3000 / Fax: (215) 875-4604 | Daniel E. Gustafson* <br> dgustafson@gustafsongluek.com <br> Daniel C. Hedlund <br> dhedlund@gustafsongluek.com <br> Daniel J. Nordin <br> dnordin@gustafsongluek.com <br> lwang@gustafsongluek.com <br> Ling S. Wang <br> lwang@gustafsongluek.com <br> GUSTAFSON GLUEK PLLC <br> Canadian Pacific Plaza <br> 120 South Sixth Street, Suite 2600 <br> Minneapolis, MN 55402 <br> Tel.: (612) 333-8844 |
| George A. Zelcs* <br> gzelcs@koreintillery.com <br> Robert E. Litan* <br> rlitan@koreintillery.com <br> KOREIN TILLERY LLC <br> 205 North Michigan Ave., Suite 1950 <br> Chicago, Illinois 60601 <br> Tel.: (312) 641-9760 / Fax: (312) 641-9751 | * *Pro Hac Vice* <br><br> Counsel for Publisher Plaintiffs |

| | |
|---|---|
| ATTESTATION RE MOTION FOR INTERIM CO-LEAD COUNSEL AND DECLS | Case No.: 5:20-cv-03556-BLF |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No.: 5:20-cv-03556-BLF<br><br>**FILER'S ATTESTATION REGARDING SIGNATURES PURSUANT TO LOCAL RULE 5-1(i)(3) FOR PUBLISHER PLAINTIFFS'** *AMENDED* **NOTICE OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)(3)** |
| SWEEPSTAKES TODAY, LLC,<br>            Plaintiff,<br>      v.<br>GOOGLE LLC, et al.,<br>            Defendants. | No. 5:20-cv-008984-BLF |
| GENIUS MEDIA GROUP, INC., et al.,<br>            Plaintiffs,<br>      v.<br>ALPHABET INC., et al.,<br>            Defendants. | No. 5:20-cv-09092-BLF |
| STERLING INTERNATIONAL CONSULTING GROUP,<br>            Plaintiff,<br>      v.<br>GOOGLE LLC,<br>            Defendant. | No. 5:20-cv-09321-BLF |
| MARK J. ASTARITA,<br>            Plaintiff,<br>      v.<br>GOOGLE LLC, et al.,<br>            Defendants. | No. 5:21-cv-00022-BLF |
| JLASALLE ENTERPRISES LLC,<br>            Plaintiff,<br>      v.<br>GOOGLE LLC,<br>            Defendant. | No. 5:21-cv-00748-BLF |
| MIKULA WEB SOLUTIONS, INC.,<br>            Plaintiff,<br>      v.<br>GOOGLE LLC,<br>            Defendant. | No. 5:21-cv-00810-BLF |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Philip C. Korologos attest that concurrence in the filing of:

PUBLISHER PLAINTIFFS' AMENDED NOTICE OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)(3)

has been obtained from each of the other signatories.

Dated: March 1, 2021                    */s/ Philip C. Korologos*
                                        Philip C. Korologos