# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF <br><br> **ORDER RESETTING CASE MANAGEMENT CONFERENCE TO JUNE 10, 2021 AT 11AM** |

The Court RESETS the case management conference currently set for April 8, 2021 to June 10, 2021 at 11am.

**IT IS SO ORDERED.**

Dated: March 2, 2021

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge