United States District Court
Northern District of California

1
2
3           **UNITED STATES DISTRICT COURT**
4           **NORTHERN DISTRICT OF CALIFORNIA**
5                    **SAN JOSE DIVISION**
6

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF |
| | Case No. 20-cv-08984-BLF |
| | Case No. 20-cv-09092-BLF |
| | Case No. 20-cv-09321-BLF |
| | Case No. 21-cv-00022-BLF |
| SWEEPSTAKES TODAY, LLC,<br>          Plaintiff,<br>    v.<br>GOOGLE LLC, et al.,<br>          Defendants. | Case No. 21-cv-00748-BLF |
| | Case No. 21-cv-00810-BLF |
| | **ORDER TO SHOW CAUSE WHY RELATED PUBLISHER CASES SHOULD NOT BE CONSOLIDATED** |
| GENIUS MEDIA GROUP, INC., et al.,<br>          Plaintiffs,<br>    v.<br>ALPHABET INC., et al.,<br>          Defendants. | |
| STERLING INTERNATIONAL CONSULTING GROUP,<br>          Plaintiff,<br>    v.<br>GOOGLE LLC,<br>          Defendant. | |

| | |
|---|---|
| MARK J. ASTARITA,<br>    Plaintiff,<br>  v.<br>GOOGLE LLC, et al.,<br>    Defendants. | |
| JLASALLE ENTERPRISES LLC,<br>    Plaintiff,<br>  v.<br>GOOGLE LLC,<br>    Defendant. | |
| MIKULA WEB SOLUTIONS, INC.,<br>    Plaintiff,<br>  v.<br>GOOGLE LLC,<br>    Defendant. | |

On January 21 and February 9, 2021, the Court related the following publisher plaintiff cases to the above-captioned case:

- *Sweepstakes Today, LLC v. Google, LLC, et al.*, 20-cv-08984
- *Genius Media Group, Inc., et al., v. Google, LLC, et al.*, 20-cv-09092
- *Sterling International Consulting Group v. Google LLC*, 20-cv-09321
- *Astarita v. Google LLC, et al.*, 21-cv-00022
- *JLaSalle Enterprises LLC v. Google LLC*, 21-cv-00748
- *Mikula Web Solutions, Inc. v. Google LLC*, 21-cv-00810

*See* ECF 68, 90.

The parties are ORDERED TO SHOW CAUSE **on or before March 16, 2021** why the publisher cases should not be consolidated on the lowest-numbered publisher docket, 20-cv-08984. The Court emphasizes that it may further consolidate the publisher and advertiser cases in

2

the future; the Court finds, however, that it is appropriate to consider an interim consolidation of the publisher cases to further the development of the pleadings and reduce confusion.

**IT IS SO ORDERED.**

Dated: March 2, 2021

_____
BETH LABSON FREEMAN
United States District Judge