[*COUNSEL INFORMATION LISTED ON SIGNATURE PAGES*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No.: 5:20-cv-03556-BLF<br><br>**PUBLISHER PLAINTIFFS' AND DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING CONSOLIDATION** |
| SWEEPSTAKES TODAY, LLC,<br>            Plaintiff,<br>     v.<br>GOOGLE LLC, et al.,<br>            Defendants. | No. 5:20-cv-008984-BLF |
| GENIUS MEDIA GROUP, INC., et al.,<br>            Plaintiffs,<br>     v.<br>ALPHABET INC., et al.,<br>            Defendants. | No. 5:20-cv-09092-BLF |
| STERLING INTERNATIONAL CONSULTING GROUP,<br>            Plaintiff,<br>     v.<br>GOOGLE LLC,<br>            Defendant. | No. 5:20-cv-09321-BLF |
| MARK J. ASTARITA,<br>            Plaintiff,<br>     v.<br>GOOGLE LLC, et al.,<br>            Defendants. | No. 5:21-cv-00022-BLF |

| | |
|---|---|
| JLASALLE ENTERPRISES LLC,<br>          Plaintiff,<br>     v.<br>GOOGLE LLC,<br>          Defendant. | No. 5:21-cv-00748-BLF |
| MIKULA WEB SOLUTIONS, INC.,<br>          Plaintiff,<br>     v.<br>GOOGLE LLC,<br>          Defendant. | No. 5:21-cv-00810-BLF |

Plaintiffs (i) Sweepstakes Today LLC; (ii) Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.; (iii) Sterling International Consulting Group; (iv) Mark J. Astarita; (v) JLaSalle Enterprises LLC; and (vi) Mikula Web Solutions, Inc. (collectively herein the "Publisher Plaintiffs") and Defendants Google LLC, Alphabet Inc., and YouTube LLC (collectively herein the "Defendants") respectfully submit this response to the Court's March 2, 2021, Order to Show Cause (ECF 110) regarding the consolidation of the Publisher Plaintiffs' respective actions (the "March 2, 2021 Order to Show Cause").

In response to the Court's March 2, 2021 Order to Show Cause, all Publisher Plaintiffs and Defendants concur that consolidation consistent with such Order of the cases listed therein is appropriate. Publisher Plaintiffs and Defendants respectfully reserve their rights to move for, or to oppose, further consolidation of publisher and advertiser, or other, cases as appropriate.

Respectfully submitted,

Dated: March 10, 2021

ROBBINS GELLER RUDMAN
    & DOWD LLP

By: */s/ David W. Mitchell*
David W. Mitchell
Steven M. Jodlowski
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
sjodlowski@rgrdlaw.com

PAUL J. GELLER**
STUART A. DAVIDSON*
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

| | | |
|---|---|---|
| 1 | | John C. Herman* |
| 2 | |   (GA Bar No. 348370) |
| | | Serina M. Vash** |
| 3 | |   (NJ Bar No.  041142009) |
| | | HERMAN JONES LLP |
| 4 | | 3424 Peachtree Road, N.E., Suite 1650 |
| | | Atlanta, Georgia 30326 |
| 5 | | Telephone:  (404) 504-6500 |
| | | Facsimile:  (404) 504-6501 |
| 6 | | jherman@hermanjones.com |
| 7 | | svash@hermanjones.com |
| 8 | | *Counsel for Plaintiff Sweepstakes Today, LLC* |
| 9 | | |
| 10 | Dated: March 10, 2021 | BOIES SCHILLER FLEXNER LLP |
| 11 | | By: */s/ Philip C. Korologos* |
| | | Philip C. Korologos* |
| 12 | | pkorologos@bsfllp.com |
| | | Brianna S. Hills* |
| 13 | | bhills@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 14 | | 55 Hudson Yards, 20th Floor |
| 15 | | New York, NY 10001 |
| | | Tel.: (212) 446-2300 / Fax: (212) 446-2350 |
| 16 | | |
| 17 | | David Boies* |
| | | dboies@bsfllp.com |
| 18 | | BOIES SCHILLER FLEXNER LLP |
| | | 333 Main Street |
| 19 | | Armonk, NY 10504 |
| | | Tel.: (914) 749-8200 / Fax: (914) 749-8300 |
| 20 | | |
| 21 | | Mark C. Mao (236165) |
| | | mmao@bsfllp.com |
| 22 | | Sean P. Rodriguez (262437) |
| | | srodriguez@bsfllp.com |
| 23 | | BOIES SCHILLER FLEXNER LLP |
| | | 44 Montgomery Street, 41st Floor |
| 24 | | San Francisco, CA 94104 |
| 25 | | Tel.: (415) 293-6820 / Fax: (415) 293-6899 |
| 26 | | Abby L. Dennis* |
| | | adennis@bsfllp.com |
| 27 | | Jesse Panuccio* |
| | | jpanuccio@bsfllp.com |
| 28 | | BOIES SCHILLER FLEXNER LLP |
| | | 1401 New York Avenue, NW |

| | | |
|---|---|---|
| PUBLISHER PLAINTIFFS' AND DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING CONSOLIDATION | -2- | CASE NO.: 5:20-CV-03556-BLF |

Washington, DC 20005
Tel.: (202) 895-7580 / Fax: (202) 237-6131

Sabria A. McElroy*
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216 / Fax: (954) 356-0022

George A. Zelcs*
Robert E. Litan*
Randall P. Ewing*
Jonathon D. Byrer*
Ryan A. Cortazar*
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751
gzelcs@koreintillery.com
rlitan@koreintillery.com
rewing@koreintillery.com
jbyrer@koreintillery.com
rcortazar@koreintillery.com

Stephen M. Tillery*
Michael E. Klenov (277028)
Carol L. O'Keefe*
Jamie Boyer*
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844 / Fax: (314) 241-3525
stillery@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com
jboyer@koreintillery.com

*Counsel for Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

Dated: March 10, 2021

BERGER MONTAGUE PC

By: */s/ Michael C. Dell'Angelo*
Eric L. Cramer*
Michael C. Dell'Angelo*
Caitlin G. Coslett*
Patrick F. Madden*

Michaela Wallin*
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
ccoslett@bm.net
pmadden@bm.net
mwallin@bm.net

Sophia M. Rios (305801)
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Telephone: (619) 489-0300
Facsimile: (215) 875-4604
srios@bm.net

Daniel J. Walker*
BERGER MONTAGUE PC
2001 Pennsylvania Ave., NW
Suite 300
Washington DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Michael K. Yarnoff**
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676
myarnoff@kehoelawfirm.com

*Counsel for Sterling International Consulting Group*

| | | |
|---|---|---|
| 1 | Dated: March 10, 2021 | GIRARD SHARP LLP |
| 2 | | By: */s/ Dena C. Sharp* |
| 3 | | Dena C. Sharp (State Bar No. 245869)<br>Jordan Elias (State Bar No. 228731) |
| 4 | | Adam E. Polk (State Bar No. 273000)<br>Scott M. Grzenczyk (State Bar No. 279309) |
| 5 | | GIRARD SHARP LLP<br>601 California Street, Suite 1400 |
| 6 | | San Francisco, CA 94108<br>Tel: (415) 981-4800 |
| 7 | | Fax: (415) 981-4846<br>dsharp@girardsharp.com |
| 8 | | jelias@girardsharp.com |
| 9 | | apolk@girardsharp.com<br>scottg@girardsharp.com |
| 10 | | |
| 11 | | Scott L. Silver<br>SILVER LAW GROUP |
| 12 | | 11780 W. Sample Road<br>Coral Springs, FL 33065 |
| 13 | | Tel: (954) 755-4799<br>ssilver@silverlaw.com |
| 14 | | |
| 15 | | *Counsel for Mark J. Astarita* |
| 16 | | |
| 17 | Dated: March 10, 2021 | KIRBY McINERNEY LLP |
| 18 | | By: */s/ Robert Gralewski*<br>Robert J. Gralewski, Jr. (196410) |
| 19 | | bgralewski@kmllp.com<br>Samantha L. Greenberg (327224) |
| 20 | | sgreenberg@kmllp.com<br>KIRBY McINERNEY LLP |
| 21 | | 600 B Street, Suite 2110<br>San Diego, CA  92101 |
| 22 | | Tel.: (619) 784-1442 |
| 23 | | Karen Lerner** |
| 24 | | klerner@kmllp.com<br>Daniel Hume** |
| 25 | | dhume@kmllp.com<br>David Bishop** |
| 26 | | dbishop@kmllp.com |
| 27 | | Andrew McNeela**<br>amcneela@kmllp.com |
| 28 | | KIRBY McINERNEY LLP<br>250 Park Avenue, Suite 820 |

|   |   |   |
|---|---|---|
| | | New York, New York 10177 |
| | | Telephone: (212) 371-6600 |
| | | Facsimile: (212) 751-2540 |
| | | |
| | | HINKLE SHANOR LLP |
| | | Thomas M. Hnasko |
| | | Michael E. Jacobs |
| | | 218 Montezuma Avenue |
| | | Sante Fe, NM 87501 |
| | | Telephone: (505) 982-4554 |
| | | thnasko@hinklelawfirm.com |
| | | mjacobs@hinklelawfirm.com |
| | | |
| | | WILLIAMS LAW FIRM |
| | | Kent Williams |
| | | 1632 Homestead Trail |
| | | Long Lake, MN 55356 |
| | | Tel.: (612) 940-4452 / Fax: (952) 283-1525 |
| | | williamslawmn@gmail.com |
| | | |
| | | *Counsel for JLaSalle Enterprises LLC* |

Dated: March 10, 2021                GUSTAFSON GLUEK PLLC

*By: /s/ Dennis Stewart*
Dennis Stewart (99152)
GUSTAFSON GLUEK PLLC
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel E. Gustafson*
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
lwang@gustafsongluek.com

Marc H. Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive
Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
medelson@edelson-law.com

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

E. Powell Miller
Sharon S. Almonrode*
Emily E. Hughes
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
eeh@millerlawpc.com

Simon Bahne Paris, Esquire
Patrick Howard, Esquire
SALTZ, MONGELUZZI & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

Kenneth A. Wexler*
Kara A. Elgersma*
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
kae@wexlerwallace.com

|   |   |
|---|---|
| | Dianne M. Nast |
| | Daniel N. Gallucci |
| | Joseph N. Roda |
| | NASTLAWLLC |
| | 1101 Market Street, Suite 2801 |
| | Philadelphia, PA 19106 |
| | dnast@nastlaw.com |
| | dgallucci@nastlaw.com |
| | jnroda@nastlaw.com |
| | |
| | *Counsel for Mikula Web Solutions, Inc.* |
| Dated: March 10, 2021 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | |
| | By: /s/ *Justina K. Sessions* |
| | Justina K. Sessions, State Bar No. 270914 |
| | One Market Plaza |
| | Spear Tower, Suite 3300 |
| | San Francisco, California 94105 |
| | Telephone: (415) 947-2197 |
| | Facsimile: (415) 947-2099 |
| | Email: jsessions@wsgr.com |
| | |
| | *Counsel for Defendants Google LLC,* |
| | *Alphabet Inc. and YouTube LLC* |
| | |
| | \**Pro Hac Vice* |
| | \*\**Pro Hac Vice* app. forthcoming |