UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF |
| In re GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | Case No. 5:20-cv-08984-BLF |
| | [PROPOSED] ORDER ESTABLISHING A PLAINTIFFS' DISCOVERY COORDINATION COMMITTEE |
| | Courtroom: 3, 5th Floor, San Jose<br>Judge: Hon. Beth Labson Freeman |

WHEREAS, on April 1, 2021, the Court instructed the parties in the related *In re Google Digital Advertising Antitrust Litigation*, No. 20-cv-3556 and *In re Google Digital Publisher Antitrust Litigation*, No. 20-cv-8984, actions to prepare a proposal regarding coordination of discovery; and

WHEREAS, the parties agree that it will serve the interests of justice and efficiency for the two cases to coordinate discovery and avoid duplication of effort as much as is reasonably feasible.

NOW THEREFORE, having reviewed Plaintiffs' submission, the Court hereby ORDERS as follows:

1. The Court shall create a Plaintiffs' Discovery Coordination Committee for the purpose of coordinating discovery across *In re Google Digital Advertising Antitrust Litigation*, No. 20-cv-3556 and *In re Google Digital Publisher Antitrust Litigation*, No. 20-cv-8984 with the goal of substantially reducing duplication and enhancing efficiency regarding party and third-party document and deposition discovery to the extent reasonably feasible.

2. The Plaintiffs' Discovery Coordination Committee shall be composed of one designated lawyer on behalf of the proposed *Advertising* Class and one designated lawyer on behalf of the proposed *Publisher* Class.

3. The Court hereby appoints Rachel Johnson on behalf of the proposed *Advertising* Class and Caitlin G. Coslett on behalf of the proposed *Publisher* Class to the Plaintiffs' Discovery Coordination Committee.

4. The responsibilities of the Plaintiffs' Discovery Coordination Committee shall include, to the extent practicable: (a) coordinating across the two cases on the scheduling of depositions with defendants and third parties to minimize duplication of deponents and questions at depositions; (b) coordinating across the two cases on written (party and nonparty) discovery to minimize duplication and redundancy; (c) coordinating across the two cases on any protocols or orders governing fact or expert discovery in the cases; (d) coordinating fact and expert discovery across similar cases brought by governmental entities and private parties in other jurisdictions to the extent reasonably feasible; and (e)

1

[PROPOSED] ORDER ESTABLISHING A PLAINTIFFS'
DISCOVERY COORDINATION COMMITTEE
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

coordinating on expert work to enhance efficiency and minimize duplication to the extent reasonably feasible.

5. Plaintiffs' Discovery Coordination Committee shall act subject to, and with the authorization of, interim class counsel for the proposed *Advertising* Class and the proposed *Publisher* Class.

**IT IS SO ORDERED.**

Dated: April 26, 2021

*/s/ Beth Labson Freeman*
THE HONORABLE BETH LABSON FREEMAN
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: April 12, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | By:    /s/ *Dena C. Sharp* |
| 4 | | Dena C. Sharp (State Bar No. 245869)<br>Jordan Elias (State Bar No. 228731) |
| 5 | | Scott M. Grzenczyk (State Bar No. 279309)<br>GIRARD SHARP LLP |
| 6 | | 601 California Street, Suite 1400<br>San Francisco, CA 94108 |
| 7 | | Tel: (415) 981-4800<br>Fax: (415) 981-4846 |
| 8 | | dsharp@girardsharp.com<br>jelias@girardsharp.com |
| 9 | | scottg@girardsharp.com |
| 10 | | |
| 11 | | John D. Radice (*pro hac vice*)<br>April Lambert (*pro hac vice*) |
| 12 | | RADICE LAW FIRM, PC<br>475 Wall Street |
| 13 | | Princeton, NJ 08540<br>Tel: (646) 245-8502 |
| 14 | | Fax: (609) 385-0745 |
| 15 | | jradice@radicelawfirm.com<br>alambert@radicelawfirm.com |
| 16 | | |
| 17 | | Archana Tamoshunas (*pro hac vice*)<br>TAUS, CEBULASH & LANDAU, LLP |
| 18 | | 80 Maiden Lane, Suite 1204<br>New York, NY 10038 |
| 19 | | Tel: (212) 931-0704<br>Fax: (212) 931-0703 |
| 20 | | atamoshunas@tcllaw.com |
| 21 | | |
| 22 | | *Attorneys for Plaintiffs Mark J. Astarita, Hanson Law Firm, PC, and Surefreight Global LLC d/b/a Prana Pets* |
| 23 | | |
| 24 | Dated: April 12, 2021 | By:    /s/ *Tina Wolfson* |
| 25 | | Tina Wolfson (State Bar No. 174806) |
| 26 | | Rachel Johnson (State Bar No. 331351)<br>Theodore W. Maya (State Bar No. 223242) |
| 27 | | Christopher Stiner (State Bar No. 276033)<br>AHDOOT & WOLFSON, PC |
| 28 | | 2600 West Olive Ave., Suite 500 |

3

[PROPOSED] ORDER ESTABLISHING A PLAINTIFFS'
DISCOVERY COORDINATION COMMITTEE
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

|   |   |
|---|---|
| 1 | Burbank, California 91505 |
|   | Tel.: (310) 474-9111 |
| 2 | Fax: (310) 474-8585 |
|   | twolfson@ahdootwolfson.com |
| 3 | rjohnson@ahdootwolfson.com |
|   | tmaya@ahdootwolfson.com |
| 4 | cstiner@ahdootwolfson.com |

Andrew W. Ferich (*pro hac vice* to be filed)
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

*Attorneys for Plaintiff Victor Lindo*

Dated: April 12, 2021        By:    /s/ *Philip C. Korologos*

BOIES SCHILLER FLEXNER LLP

Philip C. Korologos*
pkorologos@bsfllp.com
Brianna S. Hills*
bhills@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2300 / Fax: (212) 446-2350

David Boies*
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

Abby L. Dennis*
adennis@bsfllp.com
Jesse Panuccio*
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005

|   |   |   |
|---|---|---|
| 1 | | Tel.: (202) 895-7580 / Fax: (202) 237-6131 |
| 2 | | Mark C. Mao (236165) |
|   | | mmao@bsfllp.com |
| 3 | | Sean P. Rodriguez (262437) |
|   | | srodriguez@bsfllp.com |
| 4 | | BOIES SCHILLER FLEXNER LLP |
|   | | 44 Montgomery Street, 41st Floor |
| 5 | | San Francisco, CA 94104 |
| 6 | | Tel.: (415) 293-6820 / Fax: (415) 293-6899 |
| 7 | | Sabria A. McElroy* |
|   | | smcelroy@bsfllp.com |
| 8 | | BOIES SCHILLER FLEXNER LLP |
| 9 | | 401 E. Las Olas Blvd., Suite 1200 |
|   | | Fort Lauderdale, FL 33301 |
| 10 | | Tel.: (954) 377 4216 / Fax: (954) 356-0022 |
| 11 | | |
| 12 | Dated: April 12, 2021 | By:  /s/ *Carol L. O'Keefe* |
| 13 | | KOREIN TILLERY LLC |
| 14 | | Stephen M. Tillery* |
| 15 | | stillery@koreintillery.com |
|   | | Michael E. Klenov (277028) |
| 16 | | mklenov@koreintillery.com |
|   | | Carol L. O'Keefe* |
| 17 | | cokeefe@koreintillery.com |
| 18 | | Jamie Boyer* |
|   | | jboyer@koreintillery.com |
| 19 | | KOREIN TILLERY LLC |
|   | | 505 North 7th Street, Suite 3600 |
| 20 | | |
| 21 | | George A. Zelcs* |
|   | | gzelcs@koreintillery.com |
| 22 | | Robert E. Litan* |
|   | | rlitan@koreintillery.com |
| 23 | | Randall P. Ewing* |
| 24 | | rewing@koreintillery.com |
|   | | Jonathon D. Byrer* |
| 25 | | jbyrer@koreintillery.com |
|   | | Ryan A. Cortazar* |
| 26 | | rcortazar@koreintillery.com |
| 27 | | KOREIN TILLERY LLC |
|   | | 205 North Michigan Avenue, Suite 1950 |
| 28 | | Chicago, IL 60601 |

5

[PROPOSED] ORDER ESTABLISHING A PLAINTIFFS'
DISCOVERY COORDINATION COMMITTEE
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

|   |   |   |
|---|---|---|
| 1 |   | Tel.: (312) 641-9750 / Fax: (312) 641-9751 |
| 2 |   | St. Louis, MO 63101 |
|   |   | Tel.: (314) 241-4844 / Fax: (314) 241-3525 |
| 3 |   |   |
| 4 |   | *Counsel for Publisher Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.* |
| 5 |   |   |
| 6 |   |   |
| 7 | Dated: April 12, 2021 | By: */s/ Caitlin G. Coslett* |
| 8 |   | BERGER MONTAGUE PC |
| 9 |   | Eric L. Cramer* |
|   |   | ecramer@bm.net |
| 10 |   | Michael C. Dell'Angelo* |
|   |   | mdellangelo@bm.net |
| 11 |   | Caitlin G. Coslett* |
| 12 |   | ccoslett@bm.net |
|   |   | Patrick F. Madden* |
| 13 |   | pmadden@bm.net |
|   |   | BERGER MONTAGUE PC |
| 14 |   | 1818 Market St., Suite 3600 |
| 15 |   | Philadelphia, PA 19103 |
|   |   | Tel.: (215) 875-3000 / Fax: (215) 875-4604 |
| 16 |   |   |
| 17 |   | Sophia M. Rios (305801) |
|   |   | srios@bm.net |
| 18 |   | BERGER MONTAGUE PC |
| 19 |   | 12544 High Bluff Drive, Suite 340 |
|   |   | San Diego, CA 92130 |
| 20 |   | Tel.: (619) 489-0300 / Fax: (215) 875-4604 |
| 21 |   | Daniel J. Walker* |
|   |   | dwalker@bm.net |
| 22 |   | BERGER MONTAGUE PC |
| 23 |   | 2001 Pennsylvania Ave., NW |
|   |   | Suite 300 |
| 24 |   | Washington DC 20006 |
|   |   | Tel.: (202) 559-9745 |
| 25 |   |   |
| 26 |   | Michael K. Yarnoff** |
|   |   | myarnoff@kehoelawfirm.com |
| 27 |   | KEHOE LAW FIRM, P.C. |
|   |   | Two Penn Center Plaza |
| 28 |   | 1500 JFK Blvd., Suite 1020 |

6

[PROPOSED] ORDER ESTABLISHING A PLAINTIFFS'
DISCOVERY COORDINATION COMMITTEE
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

| | |
|---|---|
| 1 | Philadelphia, PA 19102 |
| | Telephone: (215) 792-6676 |
| 2 | |
| 3 | *Counsel for Publisher Plaintiff Sterling International Consulting Group* |
| 4 | |
| 5 | DAVID W. MITCHELL |
| | davidm@rgrdlaw.com |
| | STEVEN M. JODLOWSKI |
| 6 | sjodlowski@rgrdlaw.com |
| 7 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101-8498 |
| 8 | Tel.: (619) 231-1058 / Fax: (619) 231-7423 |
| 9 | PAUL J. GELLER* |
| 10 | STUART A. DAVIDSON* |
| | Robbins Geller Rudman & Dowd LLP |
| 11 | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL 33432 |
| 12 | Tel.: (561) 750-3000 / Fax: (561) 750-3364 |
| 13 | |
| 14 | John C. Herman* |
| | (GA Bar No. 348370) |
| 15 | jherman@hermanjones.com |
| | Serina M. Vash** |
| 16 | (NJ Bar No. 041142009) |
| | svash@hermanjones.com |
| 17 | HERMAN JONES LLP |
| 18 | 3424 Peachtree Road, N.E., Suite 1650 |
| | Atlanta, Georgia 30326 |
| 19 | Tel.: (404) 504-6500 / Fax: (404) 504-6501 |
| 20 | *Counsel for Publisher Plaintiff Sweepstakes Today, LLC* |
| 21 | |
| 22 | |
| 23 | Robert J. Gralewski, Jr. (196410) |
| | bgralewski@kmllp.com |
| 24 | Samantha L. Greenberg (327224) |
| | sgreenberg@kmllp.com |
| 25 | KIRBY McINERNEY LLP |
| 26 | 600 B Street, Suite 2110 |
| | San Diego, CA 92101 |
| 27 | Telephone: (619) 784-1442 |
| 28 | |

7
[PROPOSED] ORDER ESTABLISHING A PLAINTIFFS'
DISCOVERY COORDINATION COMMITTEE
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

Karen Lerner**
klerner@kmllp.com
Daniel Hume**
dhume@kmllp.com
David Bishop**
dbishop@kmllp.com
Andrew McNeela**
amcneela@kmllp.com
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

HINKLE SHANOR LLP
Thomas M. Hnasko**
Michael E. Jacobs**
218 Montezuma Avenue
Sante Fe, NM 87501
Telephone: (505) 982-4554
thnasko@hinklelawfirm.com
mjacobs@hinklelawfirm.com

WILLIAMS LAW FIRM
Kent Williams**
1632 Homestead Trail
Long Lake, MN 55356
Tel.: (612) 940-4452 / Fax: (952) 283-1525
williamslawmn@gmail.com

*Counsel for Publisher Plaintiff JLaSalle Enterprises LLC*

Dennis Stewart (99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
Daniel E. Gustafson*
dgustafson@gustafsongluek.com
Daniel C. Hedlund*
dhedlund@gustafsongluek.com
Daniel J. Nordin*
dnordin@gustafsongluek.com

8

[PROPOSED] ORDER ESTABLISHING A PLAINTIFFS'
DISCOVERY COORDINATION COMMITTEE
CASE NOS. 5:20-cv-03556-BLF and 5:20-cv-08984-BLF

Ling S. Wang*
lwang@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Marc H. Edelson, Esq*
medelson@edelson-law.com
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399 / Fax: (267) 685-0676

Joshua H. Grabar*
jgrabar@grabarlaw.com
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085 / Fax: (267) 507-6048

E. Powell Miller*
epm@millerlawpc.com
Sharon S. Almonrode*
ssa@millerlawpc.com
Emily E. Hughes*
eeh@millerlawpc.com
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Tel.: (248) 841-2200 / Fax: (248) 652-2852

Simon Bahne Paris, Esquire*
sparis@smbb.com
Patrick Howard, Esquire*
phoward@smbb.com
SALTZ, MONGELUZZI & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 496-8282 / Fax: (215) 496-0999

Kenneth A. Wexler*
kaw@wexlerwallace.com

Kara A. Elgersma*
kae@wexlerwallace.com
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603

Dianne M. Nast*
dnast@nastlaw.com
Daniel N. Gallucci*
dgallucci@nastlaw.com
Joseph N. Roda*
jnroda@nastlaw.com
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106

*Counsel for Publisher Plaintiff Mikula Web Solutions, Inc.*

## ATTESTATION

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing has been obtained from all signatories above.

By:   /s/ *Dena C. Sharp*