United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF<br><br>**ORDER DIRECTING PLAINTIFF IN 21-CV-2629 TO FILE RELATION MOTION** |
| ORGANIC PANACEAS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE, LLC, et al.,<br><br>   Defendants. | Case No. 21-cv-02629-DMR |

On April 12, 2021, Derriel C. McCorvey requested appointment to the Plaintiffs' Steering Committee in the above-captioned case. ECF 129. McCorvey is the counsel of record in *Organic Panaceas, LLC v. Google, et al*, Case No. 5:21-cv-02629. The Court cannot consider McCorvey's request unless and until this Court finds *Organic Panaceas, LLC v. Google, et al* related to the above-captioned case. The Court DIRECTS Plaintiff in *Organic Panaceas, LLC v. Google, et al* to file a motion requesting relation with the above-captioned case. This motion should be filed in both electronic dockets.

**IT IS SO ORDERED.**

Dated: April 26, 2021

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge