UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF<br><br>**ORDER RELATING CASES AND TO SHOW CAUSE ON CONSOLIDATION** |
| ORGANIC PANACEAS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-02629-DMR |

The Court GRANTS the motion at ECF 137 and RELATES *Organic Panaceas, LLC v. Google, LLC et al*, No. 21-cv-2629-DMR to *In re Google Digital Advertising Antitrust Litigation*, No. 20-cv-3556-BLF. The parties are ORDERED TO SHOW CAUSE on or before **May 12, 2021** why the *Organic Panaceas* action should not be consolidated *with In re Google Digital Advertising Antitrust Litigation*.

**IT IS SO ORDERED.**

Dated: May 5, 2021

_____
BETH LABSON FREEMAN
United States District Judge