Justina K. Sessions, SBN 270914
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

Jonathan M. Jacobson, New York SBN 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

*Counsel for Defendants Google LLC
and Alphabet Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION<br><br>DOCUMENT RELATES TO:<br><br>*Organic Panaceas, LLC v. Google, LLC et al.*, No. 5:21-cv-02629-BLF (N.D. Cal.) | Case Nos.: 5:20-cv-03556-BLF<br>5:21-cv-02629-BLF<br><br>**DEFENDANTS' STATEMENT IN SUPPORT OF CONSOLIDATION** |

The Court's Order relating *Organic Panaceas, LLC v. Google, LLC et al.*, No. 5:21-cv-02629-BLF ("*Organic Panaceas*") to *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-03556-BLF ("*Digital Ads*"), ECF No. 139, ordered the parties to show cause on or before May 12, 2021 why *Organic Panaceas* should not be consolidated with *Digital Ads*.

Defendants Google LLC and Alphabet Inc. support the consolidation of *Organic Panaceas* with *Digital Ads*.

Dated: May 12, 2021

Respectfully submitted,

/s/ Justina K. Sessions
Justina K. Sessions, SBN 270914
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

Jonathan M. Jacobson, New York SBN 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

*Counsel for Defendants Google LLC and Alphabet Inc.*