United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF<br><br>**ORDER CONSOLIDATING CASES** |
| ORGANIC PANACEAS, LLC,<br>  Plaintiff,<br> v.<br>GOOGLE, LLC, et al.,<br>  Defendants. | Case No. 21-cv-02629-BLF |

On May 5, 2021, the Court issued an order to show cause why the following cases should not be consolidated:

- *In re Google Digital Advertising Antitrust Litigation,* No. 20-cv-03556
- *Organic Panaceas, LLC v. Google, LLC et al.,* No. 21-cv-02629

ECF 139. Defendants Google LLC and Alphabet Inc. and Plaintiff Organic Panaceas, LLC filed non-oppositions to consolidation on May 12, 2021. ECF 140; ECF 141. The *In re Google Digital Advertising Antitrust Litigation* Plaintiffs did not respond.

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). The "district court has broad discretion under this rule to consolidate cases pending in the same district." *Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of California*, 877 F.2d 777, 777 (9th Cir. 1989). "In determining whether or not to

1  consolidate cases, the Court should weigh the interest of judicial convenience against the potential
2  for delay, confusion and prejudice." *Bodri v. Gopro, Inc*., 2016 WL 1718217, at *1 (N.D. Cal.
3  Apr. 28, 2016) (quoting *Zhu v. UCBH Holdings, Inc*., 682 F. Supp. 2d 1049, 1052 (N.D. Cal.
4  2010).

In light of the common questions of law and fact, the Court CONSOLIDATES the two cases for all purposes, including trial and dispositive motions. IT IS FURTHER ORDERED that:

(1) The Clerk of Court shall administratively consolidate Case Nos. 20-cv-03556 and 21-cv-02629.

(2) The master docket and master file for the consolidated action shall be Case No. 20-cv-03556 and the consolidated action shall continue to bear the caption *In re Google Digital Advertiser Antitrust Litigation*. The remaining case shall be administratively closed.

(3) All orders, pleadings, motions, and other documents shall, when filed and docketed in the master file, be deemed filed and docketed in each individual case to the extent applicable.

**IT IS SO ORDERED.**

Dated: May 13, 2021

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge