# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF<br><br>**ORDER DENYING MOTION FOR APPOINTMENT TO PSC WITHOUT PREJUDICE** |

The Court DENIES the Application of Derriel McCorvey for Appointment to Plaintiffs' Steering Committee at ECF 129 WITHOUT PREJUDICE to McCorvey re-asserting his request after the pleadings are settled. *See* Order Regarding Appointment of Counsel, ECF 133 ("[T]he Court will invite submissions concerning ongoing leadership of both the Advertising and Publisher actions following resolution of the pleadings in both cases.").

**IT IS SO ORDERED.**

Dated: May 18, 2021

_____
BETH LABSON FREEMAN
United States District Judge