Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Scott M. Grzenczyk (State Bar No. 279309)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

*Attorneys for Advertiser Plaintiffs*

Justina K. Sessions (State Bar No. 270914)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

[Additional Plaintiffs' Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Beth Labson Freeman |

1  Pursuant to Civil Local Rule 6-2(a), Plaintiffs Hanson Law Firm, PC, Surefreight Global LLC
2  d/b/a Prana Pets, and Vitor Lindo ("Advertiser Plaintiffs"), and Defendants Google LLC and Alphabet
3  Inc. ("Google") (collectively, "the Parties"), stipulate as follows:
4  WHEREAS, on April 30, 2021, Google moved the Judicial Panel on Multidistrict Litigation to
5  transfer for coordinated proceedings 20 actions, including this action, under 28 U.S.C. § 1407;
6  WHEREAS, Google requested that the Panel centralize before this Court those actions and any
7  tag-along cases;
8  WHEREAS, on May 13, 2021, this Court granted Google's motion to dismiss the Advertiser
9  Plaintiffs' First Amended Complaint with leave to amend (ECF 143);
10  WHEREAS, on May 26, 2021, the Advertiser Plaintiffs opposed Google's motion, arguing in
11  part that the Panel should not create an MDL that would include actions brought by state attorneys
12  general and by other private plaintiffs naming additional defendants;
13  WHEREAS, multiple other responses both supporting and opposing Google's motion were
14  submitted to the Panel;
15  WHEREAS, this Court's Order Granting Motion to Dismiss with Leave to Amend sets a
16  deadline of June 14, 2021 for the Advertiser Plaintiffs to file their Second Amended Complaint;
17  WHEREAS, the Parties have conferred and Google does not disagree with Advertiser Plaintiffs'
18  position that orderly and efficient case management will be best served if the Second Amended
19  Complaint is filed and considered in a more settled procedural context after the Panel has decided
20  Google's transfer motion;
21  WHEREAS, co-lead counsel for the Advertiser Plaintiffs are also currently conducting a jury
22  trial in *In re Pacific Fertility Center Litigation*, No. 3:18-cv-01586-JSC (N.D. Cal.), and will benefit
23  from having additional time to consult with experts and prepare their amendment in light of the Court's
24  Order;
25  WHEREAS, the Court previously granted the Parties' stipulation to extend the deadline for the
26  filing of the Advertiser Plaintiffs' First Amended Complaint from November 30 to December 4, 2020
27  (ECF 47);
28  WHEREAS, this stipulated extension will not affect any other existing case deadline.

NOW THEREFORE, pursuant to Local Rule 6-2(a), the Parties through their respective counsel hereby stipulate as follows:

1. Advertiser Plaintiffs shall file their Second Amended Complaint within 14 days after the Judicial Panel on Multidistrict Litigation resolves Google's transfer motion in MDL No. 3010 in a manner that preserves this Court's authority over this case.
2. Google shall respond to the Second Amended Complaint within 45 days after its filing, and if Google responds by motion, the Parties will negotiate a further briefing schedule subject to the Court's approval.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  June 8, 2021                                                      Respectfully submitted,

/s/ *Jordan Elias*
Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Scott M. Grzenczyk (State Bar No. 279309)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

Tina Wolfson (State Bar No. 174806)
Rachel Johnson (State Bar No. 331351)
Theodore W. Maya (State Bar No. 223242)
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rjohnson@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Interim Co-Lead Counsel for the Advertiser Plaintiffs*

|   |   |
|---|---|
| 1 | Archana Tamoshunas (*pro hac vice*) |
| 2 | TAUS, CEBULASH & LANDAU, LLP<br>80 Maiden Lane, Suite 1204 |
| 3 | New York, NY 10038<br>Tel: (212) 931-0704 |
| 4 | Fax: (212) 931-0703<br>atamoshunas@tcllaw.com |
| 5 | |
| 6 | April Lambert (*pro hac vice*)<br>RADICE LAW FIRM, PC |
| 7 | 475 Wall Street<br>Princeton, NJ 08540 |
| 8 | Tel: (646) 245-8502<br>Fax: (609) 385-0745 |
| 9 | alambert@radicelawfirm.com |

*Executive Committee for the Advertiser Plaintiffs*

Dated: June 8, 2021

/s/ Justina K. Sessions
Justina K. Sessions (State Bar No. 270914)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

**ATTESTATION**

I, Jordan Elias, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing has been obtained from the other signatory above.

By: */s/ Jordan Elias*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 8, 2021

 *[signature]*
Hon. Beth Labson Freeman
United States District Judge

Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

*Interim Co-Lead Counsel for the Advertiser Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF<br><br>**DECLARATION OF JORDAN ELIAS IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT** |

I, Jordan Elias, declare as follows:

1. I am a partner at the law firm of Girard Sharp LLP, co-lead counsel for the Advertiser Plaintiffs in this action. I submit this declaration in accordance with Local Rule 6-2(a) to support the concurrently filed Joint Stipulation and [Proposed] Order Extending Time to File Second Amended Complaint. I have personal knowledge of the matters stated herein, and if called upon to do so, I would testify under oath to these matters.

2. Following my phone and e-mail communications with Ms. Sessions, counsel for Google, the Advertiser Plaintiffs and Google reached an agreement to extend the due date for the filing of Plaintiffs' Second Amended Complaint (SAC). The parties' agreement is reflected in their stipulation submitted herewith.

3. On April 30, 2021, Google moved the Judicial Panel on Multidistrict Litigation to transfer for coordinated proceedings twenty actions, including this action, under 28 U.S.C. § 1407. Google requested that the Panel centralize before this Court those actions and any tag-along cases. On May 26, the Advertiser Plaintiffs opposed Google's motion, arguing against creating an MDL that would include actions brought by state attorneys general and by other private plaintiffs naming additional defendants. The Panel received several other responses both supporting and opposing Google's motion.

4. The Court's Order Granting Motion to Dismiss with Leave to Amend (ECF 143) sets a deadline of June 14, 2021 for the Advertiser Plaintiffs to file their SAC. The Advertiser Plaintiffs have been working diligently on the amendment. Plaintiffs believe, however, that orderly and efficient case management will be best served if the SAC is filed and considered in a more settled procedural context. Not until the Panel decides Google's motion, for example, will it be known whether advertiser cases naming Facebook as a defendant will be included within this litigation. Google does not disagree with Advertiser Plaintiffs that the orderly course is for the SAC to be filed after the Panel has ruled.

5. The Advertiser Plaintiffs will benefit from having additional time to consult with experts and prepare their amendment in light of the Court's Order. Multiple members of our lead counsel

2

ELIAS DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT
CASE NO. 5:20-cv-03556-BLF

team, including Ms. Sharp, have been conducting an in-person jury trial representing plaintiffs in *In re Pacific Fertility Center Litig.*, No. 3:18-cv-01586-JSC (N.D. Cal.) for several weeks.

6. The parties' stipulated extension for the filing of the SAC is sought in good faith and will not affect any other existing case deadline.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 8, 2020, in Berkeley, California.

/s/ *Jordan Elias*
Jordan Elias

3

ELIAS DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT
CASE NO. 5:20-cv-03556-BLF